IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| USA <br><br> Plaintiff <br><br> v. <br><br> James Vorley (1) and <br> Cedric Chanu (2) <br><br> Defendant(s). | Case No. 18 CR 35 (1-2) <br> Judge Michael T. Mason |

### ORDER

The Government's oral motion to unseal the complaint and all accompanying documents filed on 1/19/18 is granted. The Clerk's Office is directed to unseal this case forthwith.

(00:10)

Date: 1/29/2018

_____
Michael T. Mason
United States Magistrate Judge