# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:18−cr−00035
Honorable John J. Tharp Jr.

James Vorley, et al.

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 25, 2018:

MINUTE entry before the Honorable John J. Tharp, Jr. as to James Vorley, Cedric Chanu: Status hearing held and continued to 11/15/18 at 10:00 a.m. Defense counsel for Mr. Chanu also appeared. Without objection, the conditions of bond as to defendant Vorley are modified to include that the passport of Mr. Vorley is to be held by his counsel except during periods when Mr. Vorley must travel for Court proceedings. Time is excluded through 11/15/18 pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) to give counsel the opportunity to obtain and review discovery materials from the government and to consider what pretrial motions may be appropriate. The Court finds that the ends of justice served by taking this action outweigh the best interest of the public and the defendants in a speedy trial. Mailed notice (air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.