# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

UNITED STATES OF AMERICA

                                    Plaintiff,

v.                                                      Case No.: 1:18−cr−00035
                                                         Honorable John J. Tharp Jr.

James Vorley, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 7, 2019:

      MINUTE entry before the Honorable John J. Tharp, Jr as to James Vorley, Cedric Chanu: The motion of Chamber of Commerce of the United States of America and Securities Industry and Financial Markets Association for leave to join amicus curiae brief of Bank Policy Institute instanter [94] is granted. No appearance on the motion is required. Mailed notice (is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.