UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES VORLEY and<br>CEDRIC CHANU | CASE NUMBER: 18 CR 35<br><br>Judge John J. Tharp, Jr. |

## **ATTORNEY APPEARANCE**

Please take notice that the undersigned Trial Attorney is appearing on behalf of the United States of America in the above-captioned case.

Dated: June 13, 2019

                                                      Respectfully submitted,

                                                      ROBERT A. ZINK
                                                      Acting Chief, Fraud Section
                                                      Criminal Division
                                                      U.S. Department of Justice

By:      /s/ *Avi Perry*
                                                        Avi Perry
                                                        Trial Attorney
                                                        Fraud Section, Criminal Division
                                                        U.S. Department of Justice
                                                        1400 New York Avenue, N.W.
                                                        Washington, D.C., 20530
                                                        (202) 203-9204
                                                        avi.perry@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Avi Perry, hereby certify that on June 13, 2019, I caused the foregoing Attorney Appearance to be served in accordance with Federal Rule of Criminal Procedure 49, Federal Rule of Civil Procedure 5, Local Rule 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

Dated: June 13, 2019

/s/ *Avi Perry*
Avi Perry
Trial Attorney
Fraud Section, Criminal Division
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C., 20530
(202) 203-9204
avi.perry@usdoj.gov