UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>JAMES VORLEY and CEDRIC CHANU, )<br>)<br>Defendants. )<br>)<br>) | No. 18 CR 35 (Tharp, J.) |

**DEFENDANT JAMES VORLEY'S UNOPPOSED**
**MOTION TO MODIFY BAIL CONDITIONS**

Defendant James Vorley ("Mr. Vorley"), through his undersigned counsel, respectfully requests the modification of his bail conditions, and in support states as follows:

1. On August 14, 2018, following Mr. Vorley's arraignment, Magistrate Judge Finnegan ordered Mr. Vorley released on bail to his home in the United Kingdom. Among other conditions, the court ordered Mr. Vorley to "maintain current residence and travel only on direct routes, without stop or layover in any other location, between the UK + NDIL."

2. Mr. Vorley has complied with these conditions, and all other conditions of his release, for nearly one year.

3. Mr. Vorley now requests permission to travel to Ireland with his common law wife and children in order to attend a memorial service for his wife's uncle.

4. Mr. Vorley proposes to travel to Ireland on or about August 15-19, 2019.

5. Mr. Vorley's counsel has contacted the Government, and the Government consents to this request.

6. Mr. Vorley has contacted Mr. Vorley's Pretrial Services Officer, who has no objection to this request as long as Mr. Vorley provides Pretrial Services with an itinerary in advance of the travel.

WHEREFORE, Mr. Vorley respectfully requests that his bail conditions be modified in order to permit him to travel to Ireland for a memorial service on or about August 15-19, 2019.

Dated: July 26, 2019                    Respectfully submitted,


*/s/ Roger A. Burlingame*
Roger A. Burlingame
Matthew L. Mazur
Dechert LLP
160 Queen Victoria Street
London EC4V 4QQ
United Kingdom
Phone: +44 20 7184 7333
Roger.Burlingame@dechert.com
Matthew.Mazur@dechert.com

*Attorneys for Defendant
James Vorley*

## **CERTIFICATE OF SERVICE**

  I, Roger A. Burlingame, hereby certify that on July 26, 2019, the foregoing was filed via the Court's CM/ECF system, which will automatically serve and send notification of such filing to all registered attorneys of record.

                  */s/ Roger A. Burlingame*
                  Roger A. Burlingame