UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 18 Cr. 35 (Tharp, J.) |
| | ) |
| JAMES VORLEY and CEDRIC CHANU, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Friday, August 2, 2019, at 9:00 a.m., or as soon thereafter as counsel may be heard, counsel shall appear before the Honorable John J. Tharp, Jr. or any judge sitting in his stead in Courtroom 1419 of the United States District Court for the Northern District of Illinois, Eastern Division, and shall then and there present **Defendant James Vorley's Unopposed Motion To Modify Bail Conditions**.

Dated: July 26, 2019

Respectfully submitted,

/s/ Roger A. Burlingame
Roger A. Burlingame
Matthew L. Mazur
Dechert LLP
160 Queen Victoria Street
London EC4V 4QQ
United Kingdom
Phone: +44 20 7184 7333
Roger.Burlingame@dechert.com
Matthew.Mazur@dechert.com

*Attorneys for Defendant
James Vorley*

## CERTIFICATE OF SERVICE

In accordance with Rule 5.5 of the Local Rules of the United States District Court for the Northern District of Illinois, I hereby certify that a true and correct copy of the foregoing document has on this 26th day of July 2019, been filed been electronically with the Clerk of Court using the CM/ECF system. Notice of these filings will be sent to all counsel of record and parties by operation of the Court's electronic filing system.

Dated: July 26, 2019 */s/ Roger A. Burlingame*
Roger A. Burlingame