Order Form (01/2005)

18 GJ 732

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | **JUDGE THARP** | Sitting Judge if Other than Assigned Judge | Jeffrey Gilbert MAGISTRATE JUDGE MASON |
|---|---|---|---|
| CASE NUMBER | 18-CR-00035 | DATE | 26 NOVEMBER 2019 |
| CASE TITLE | U.S. v. JAMES VORLEY & CEDRIC CHANU | | |

**DOCKET ENTRY TEXT**

### Grand Jury Proceeding

The Grand Jury for __SPECIAL JUNE 2018__ the Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge _____

BOND PREVIOUSLY SET IN 18-CR-00035 TO STAND AS BOND IN THIS INSTANCE AS TO BOTH DEFENDANTS.

**FILED**
NOV 26 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
or MAGISTRATE JUDGE                      UNDER SEAL)

Courtroom Deputy Initials: BR