# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) No. 18 Cr. 35 (Tharp, J.) |
| JAMES VORLEY and CEDRIC CHANU, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS JAMES VORLEY AND CEDRIC CHANU'S
## MOTION TO COMPEL DISCLOSURES CONCERNING TRADING DATA

Now come Defendants James Vorley and Cedric Chanu, by and through their undersigned counsel, and hereby respectfully move this Court to compel disclosures concerning trading data for the reasons set forth in the accompanying memorandum of law.

Dated: January 10, 2020                                    Respectfully submitted,

/s/ Matthew L. Mazur                              /s/ Michael G. McGovern
Matthew L. Mazur (*pro hac vice*)                 Michael G. McGovern (*pro hac vice*)
Roger A. Burlingame                               Helen Gugel (*pro hac vice*)
Dechert LLP                                       Megan A. McEntee (*pro hac vice*)
160 Queen Victoria Street                         Ropes & Gray LLP
London EC4V 4QQ                                   1211 Avenue of the Americas
United Kingdom                                    New York, NY 10036
Phone: +44 20 7184 7000                           Telephone: 212 596-9000
Matthew.Mazur@dechert.com                         michael.mcgovern@ropesgray.com
Roger.Burlingame@dechert.com                      helen.gugel@ropesgray.com
                                                  megan.mcentee@ropesgray.com
Christopher Burrichter
Dechert LLP                                       Aaron M. Katz (*pro hac vice*)
35 West Wacker Drive, Suite 3400                  Ropes & Gray LLP
Chicago IL 60601                                  800 Boylston Street
Telephone: 312 646-5800                           Boston, MA 02199
Christopher.Burrichter@dechert.com                Telephone: 617 951-7000
                                                  aaron.katz@ropesgray.com
**Attorneys for James Vorley**
                                                  (*continued*)

Laura G. Hoey
Ropes & Gray LLP
191 North Wacker Drive
Chicago, IL 60606
Telephone: 312 845-1318
laura.hoey@ropesgray.com

***Attorneys for Cedric Chanu***

## **CERTIFICATE OF SERVICE**

 I, Matthew L. Mazur, hereby certify that on January 10, 2020, the foregoing was filed via the Court's CM/ECF system, which will automatically serve and send notification of such filing to all registered attorneys of record.

Dated: January 10, 2020           */s/ Matthew L. Mazur*
                      Matthew L. Mazur