UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | |
| v. | ) ) | No. 18 Cr. 35 (Tharp, J.) |
| JAMES VORLEY and CEDRIC CHANU, | ) ) ) ) | |
| Defendants | | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, January 15, 2020, at 9:00 am, or as soon thereafter as counsel may be heard, counsel shall appear before the Honorable John J. Tharp Jr. or any judge sitting in his stead in Courtroom 1419 of the United States District Court for the Northern District of Illinois, Eastern Division, and shall then and there present Defendant James Vorley's **Motion to Seal Exhibits**.

Dated: January 10, 2020                          Respectfully submitted,

*/s/ Matthew L. Mazur*

Matthew L. Mazur (*pro hac vice*)                Christopher S. Burrichter
Roger A. Burlingame                              Dechert LLP
Dechert LLP                                      35 West Wacker Drive
160 Queen Victoria Street                        Suite 3400
London EC4V 4QQ                                  Chicago IL 60601
United Kingdom                                   Telephone: 312 646-5800
Phone: +44 20 7184 7000                          Christopher.Burrichter@dechert.com
Roger.Burlingame@dechert.com
Matthew.Mazur@dechert.com

***Attorneys for James Vorley***

# **CERTIFICATE OF SERVICE**

I, Matthew L. Mazur, hereby certify that on January 10, 2020, the foregoing was filed via the Court's CM/ECF system, which will automatically serve and send notification of such filing to all registered attorneys of record.

*/s/ Matthew L. Mazur*
Matthew L. Mazur