# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                     Case No.: 1:18−cr−00035
                                              Honorable John J. Tharp Jr.

James Vorley, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 15, 2020:

      MINUTE entry before the Honorable John J. Tharp, Jr:Status and motion hearing held. Defendant Vorley's motions for excess pages [139] and to seal exhibits to motion to suppress [147] are granted. Defendants' motion for early return of trial subpoenas [151] is granted and extends to the Government as well. Government's response to Defendants' motion to compel disclosure of trade data [141] is due by 1/24/20; reply due by 1/31/20. Government's response to motion to suppress [144] is due by 1/31/20; reply due by 2/14/20. The Government's response to the motion to dismiss may be of equal length to Plaintiff's opening memorandum. Government's Santiago proffer due by 3/20/20; response by 4/3; no reply unless requested by the Court. Government's notice of intention to offer evidence pursuant to Rule 404(b) also due by 3/20/20. Pretrial Conference set for 4/27/20 at 2:00 p.m. Status hearing set for 2/27/20 at 9:00 a.m. Time continues to be excluded per prior order [126]. Mailed notice (air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.