**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> ) <br> v. ) <br> ) <br> JAMES VORLEY and CEDRIC CHANU, ) <br> ) <br> Defendants. ) <br> ) | No. 18 Cr. 35 (Tharp, J.) |

**DEFENDANTS' MOTION TO COMPEL**
**DISCLOSURE OF STATISTICAL ANALYSES**

Now come Defendants James Vorley and Cedric Chanu, by and through undersigned counsel, and hereby respectfully move this Court to compel the government to disclose the statistical analyses on which its expert relies in forming his opinions, as well as any other statistical analyses of trading data that the government intends to introduce at trial. Defendants submit the accompanying memorandum of law in support of this motion.

Dated: February 25, 2020

Respectfully submitted,

*/s/ Matthew L. Mazur*
Matthew L. Mazur (*pro hac vice*)
Roger A. Burlingame
Dechert LLP
160 Queen Victoria Street
London EC4V 4QQ
United Kingdom
Phone: +44 20 7184 7000
Matthew.Mazur@dechert.com
Roger.Burlingame@dechert.com

Christopher Burrichter
Dechert LLP
35 West Wacker Drive, Suite 3400
Chicago IL 60601
Telephone: (312) 646-5800
Christopher.Burrichter@dechert.com

*Attorneys for James Vorley*

Michael G. McGovern (*pro hac vice*)
Helen Gugel (*pro hac vice*)
Megan A. McEntee (pro hac vice)
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036
Telephone: (212) 596-9000
michael.mcgovern@ropesgray.com
helen.gugel@ropesgray.com
megan.mcentee@ropesgray.com

Aaron M. Katz (pro hac vice)
Ropes & Gray LLP
800 Boylston Street
Boston, MA 02199
Telephone: (617) 951-7000
aaron.katz@ropesgray.com

Laura G. Hoey
Ropes & Gray LLP
191 North Wacker Drive
Chicago, IL 60606
Telephone: (312) 845-1318
laura.hoey@ropesgray.com

*Attorneys for Cedric Chanu*

## **CERTIFICATE OF SERVICE**

    I, Matthew Mazur, do hereby certify that on February 25, 2020 a true and correct copy of the foregoing was filed electronically and is available for viewing and downloading from the Court's EM/ECF system. Notice of this filing will be sent to all registered attorneys of record by operation of the ECF System.

                                                                             */s/ Matthew L. Mazur*
                                                                             Matthew L. Mazur