**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 18 CR 00035 |
| v. | ) | Judge John J. Tharp, Jr. |
| JAMES VORLEY and CEDRIC CHANU, | ) | |
| Defendants. | ) | |

## ORDER

WHEREFORE, the Court finds good cause for entry of an Order pursuant to Federal Rule of Evidence 502(d), IT IS HEREBY ORDERED:

That the government's production of Selection Criteria (pursuant to the Court's order at Docket 158) to the defense in the above-captioned case shall not constitute a waiver of any applicable privilege, including work product privilege in this or any other case, matter, or investigation.

Date: 2/27/2020

_____
John J. Tharp, Jr.
United States District Judge