# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

UNITED STATES OF AMERICA

                                      Plaintiff,

v.                                                                Case No.: 1:18−cr−00035
                                                                       Honorable John J. Tharp Jr.

James Vorley, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 6, 2020:

       MINUTE entry before the Honorable John J. Tharp, Jr: The government's unopposed motion for leave to file a response in excess of 15 pages [180] is granted. No appearance on the motion is required. The government's response to the motion to compel may be 25 pages. Mailed notice (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.