IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 18 CR 00035 |
| | ) | Judge John J. Tharp, Jr. |
| v. | ) | |
| | ) | |
| JAMES VORLEY and | ) | |
| CEDRIC CHANU, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The government's motion for preliminary admission of coconspirator statements [199] is granted in part and denied in part. See Statement for details.

## STATEMENT

The Court has previously ruled that the Government's *Santiago* proffer adequately supports a preliminary finding that the charged conspiracy existed. The Court ordered supplemental briefing, however, on the basis proffered to support a finding that the statements identified in the original proffer were made in furtherance of the conspiracy. Having reviewed the parties supplemental submissions, the Court enters the following rulings as to the statements identified in the Government's Santiago proffer as statements it seeks to admit as coconspirator statements in furtherance of the alleged conspiracy pursuant to FRE 801(d)(2)(E):[1]

| *No.*[2] | *Date* | *801(d)(2)(E)?* | *Reason* | *Alternatively admissible as to:*[3] |
|---|---|---|---|---|
| 1 | June 26, 2007 | No | Govt. not offering as 801(d)(2)(E) | Vorley |

---

[1] These rulings are preliminary rulings made pursuant to Rule 104 and are subject to modification based on the evidence actually adduced at trial.

[2] Statement numbers are based on the listing provided in the Government's initial filing (ECF No. 199).

[3] The Court is not precluding objection to the admissibility of these statements on other grounds; this column simply documents the defendant as to which the statements could be admitted (absent other meritorious objection) as statements of a party opponent pursuant to Rule 801(d)(2)(A). If requested, the Court will provide an instruction limiting consideration of these statements to the appropriate defendant when the statement is introduced.

| 2 | Jan. 28, 2009 | Yes | Contemporaneous dialog with spoofing activity and instruction by more experienced conspirator to Chanu; Chanu's agreement ("teach me that"). | |
|---|---|---|---|---|
| 3 | Jan. 29, 2009 | Yes | Chanu statement responding affirmatively furthers conspiracy as by informing other traders that colleagues stand ready to "flash bids" (*i.e.*, spoof); form of recruitment. Ong statement also evinces Ong agreement to join ("gotta show me"). Ong statement necessary for context in any event. | |
| 4 | Jan. 30, 2009 | Yes | statements as trading occurs to facilitate objective of conspiracy; mutual encouragement and statements of support | |
| 5 | Feb. 3, 2009 | Yes | statements as trading occurs to facilitate objective; review of what went wrong in the process | |
| 6 | Oct. 7, 2009 | Yes | statements as trading occurs to facilitate objective; review of what transpired | |
| 7 | Dec. 16, 2009 | No | Withdrawn by USA | |
| 8 | July 22, 2010 | Yes | statements as trading occurs to facilitate objective | |
| 9 | Nov. 3, 2010 | Yes | recap of trading sequence just completed to confirm, instruct, and congratulate | |
| 10 | Nov. 16, 2010 | No | Even if spoofing activity accompanies dialog, this is trading to assist another desk resolve an error; not in pursuit of conspiracy objective. | Chanu |
| 11 | Nov. 18, 2010 | No | Not offered as 801(d)(2)(E) | Chanu |
| 12 | Feb. 2, 2011 | No | Withdrawn by USA | |
| 13 | Feb. 8, 2011 | No | Withdrawn by USA | |
| 14 | Mar. 16, 2011 | Yes | Contemporaneous dialog as spoofing occurs in effort to remedy entry of a mistaken order | |
| 15 | Mar. 24, 2011 | No | Not offered as 801(d)(2)(E) | Vorley |
| 16 | July 21, 2011 | No | Not offered as 801(d)(2)(E) | Chanu |

| 17 | Aug. 7, 2011 | Yes | Contemporaneous dialog accompanying alleged spoofing activity; mutual congratulations and appreciation between alleged conspirators | |
| 18 | Aug. 8, 2011 | Yes | Contemporaneous dialog accompanying alleged spoofing activity; mutual congratulations and appreciation between alleged conspirators | |
| 19 | Aug. 8, 2011 | Yes | Contemporaneous dialog accompanying alleged spoofing activity; mutual congratulations and appreciation between alleged conspirators | |
| 20 | Aug. 11, 2011 | Yes | Contemporaneous dialog accompanying alleged spoofing activity; mutual congratulations and appreciation between alleged conspirators | |
| 21 | Aug. 24, 2011 | No | Not offered as 801(d)(2)(E) | Vorley |
| 22 | Aug. 24, 2011 | Yes | Recapitulation and discussion of effort to spoof in difficult market; risk warning | |
| 23 | Aug. 27, 2008 | No | Insufficient showing of Parker's membership in the conspiracy | Chanu |
| 24 | Dec. 20, 2012 | No | Withdrawn by USA | |
| 25 | Oral conversations between Liew and Farthing | Yes | Evidence sufficient to infer Farthing membership in conspiracy. Instructions to learn from Chanu and Vorley, acknowledgement of employment of spoofing served to recruit and instruct a new member. | |
| 26 | Defendants' use of synonyms for spoofing | Yes | To extent that defendants used these terms in describing trading activity to Liew, serves to carry out objective and instruct new member. | |

Dated: 9/12/2020

/s/ John J. Tharp, Jr.
John J. Tharp, Jr.
United States District Judge