**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES VORLEY and<br>CEDRIC CHANU,<br><br>Defendants | No. 18 CR 35 |

**DECLARATION OF KUMAR VENKATARAMAN**
**NOVEMBER 13, 2020**

# TABLE OF CONTENTS


I. Introduction....1

A. Qualifications....1

B. Background....2

C. Assignment....3

D. Summary of Conclusions....3

II. Analysis of Market Loss....5

A. Relevant Trading Activity....5

B. Defining Market Harm....10

C. Unadjusted Market Loss Calculation....11

D. Adjustment for But-For Cost of Trading Using a Matched Control Period....15

1. Methodology....15
2. Calculation and Results....16

E. Alternative Adjustment Method: Rate of Spread-Crossing....20

1. Methodology....20
2. Calculation and Results....21

F. Summary of Market Loss Calculations....24

G. Additional Components of Market Loss....24

III. Analysis of Defendants' Gain....27

# I. INTRODUCTION

## A. Qualifications

1. I am a Professor of Finance and hold the Maguire Chair in Energy Management at the Edwin L. Cox School of Business at Southern Methodist University (SMU). I have a Ph.D. degree in Business Administration from Arizona State University, with a major in Finance, and an undergraduate degree in Business Administration (M.M.S.) from the Birla Institute of Technology and Science (BITS-Pilani, India).

2. I served as the Chairman of the Finance Department at SMU between 2012 and 2015. I have taught graduate and undergraduate courses on Financial Management, International Finance, Portfolio Theory, Hedge Funds, Energy Finance and customized finance modules in the Executive Education programs.

3. My research interests lie primarily in the area of market microstructure. I have studied financial market design, measurement of trading cost, evaluation of trading strategies, performance measurement of trading desks and the impact of regulatory reform on financial markets. My research has been published in top-tier academic journals, featured in industry publications, textbooks, and the business press, including the Wall Street Journal, the Economist, Bloomberg News and the Financial Times. I serve on the Editorial Board of several journals.

4. I have presented my research at leading academic conferences, universities, and at regulatory bodies. I have been a member of the U.S. Securities and Exchange Commission's (SEC) Fixed Income Market Structure Advisory Committee since 2017. I have served as a visiting economist at Financial Industry Regulatory Authority (FINRA)

since 2016 and have previously held a similar position at the Commodity Futures Trading Commission (CFTC). I have received multiple teaching and research awards, including best paper awards at international conferences. Notably, I was named among "The Best 40 B-School Profs Under the Age of 40" in the 2011 Poets & Quants ranking of Business School professors.

5. A copy of my curriculum vitae is included as **Appendix A**.

## B. Background

6. In financial markets, "spoofing" describes the practice of placing an order with the intent to cancel the order before execution. Spoof orders are placed in such a way to create the false appearance of a change in supply or demand, and therefore to trigger a response from other market participants.

7. On September 25, 2020, a federal jury convicted James Vorley and Cedric Chanu ("Defendants"), two former traders at Deutsche Bank ("DB"), of wire fraud affecting a financial institution in connection with their spoofing activity in gold and silver futures contracts traded on a commodities exchange owned and operated by the CME Group, Inc. ("CME").

8. At trial, I provided testimony describing how and why 61 sequences of the Defendants' trading that the United States Department of Justice ("DOJ") identified (the "61 Episodes") were not consistent with an economically rational trading strategy aimed at executing the large, visible orders observed in these sequences. I also testified that the observed trading patterns were consistent with the visible orders helping the opposite-side iceberg orders

obtain executions.[1] I further testified that the Defendants' broader trading activity in the gold and silver futures markets over the period 2008 to 2013 was consistent with the patterns observed in the 61 Episodes. Specifically, the Defendants' visible orders of certain types and sizes exhibited different order submission patterns and execution outcomes when compared with the Defendants' iceberg orders.[2]

### C. Assignment

9. I have been asked by the DOJ to calculate the amount of loss suffered by other market participants as a result of the Defendants' spoofing activity.

10. In forming my opinion, I relied on my expertise and experience studying financial markets and market microstructure, as well as my analysis of data provided by the CME ("CME Trading Data").

### D. Summary of Conclusions

11. Based on my experience and my analysis of the CME Trading Data, I have reached the following conclusions:

- Spoofing distorts the visible supply and demand in the market, which can induce other market participants to raise/lower their bid/ask quotes or to cross the spread to obtain executions when they otherwise would not have absent the spoofing pressure. Therefore, market participants who trade on the same side as a spoof order while the spoof order is active, and at a price that is worse than the prevailing price immediately

---

1 *See e.g.*, Trial Transcript, pp. 1459-1460.

2 *See* Trial Transcript, p. 1477. Iceberg orders are limit orders where only a portion of the total order size is visible in the order book at any one time. *See* Trial Transcript, p. 1412.

before the spoof order was placed, are harmed to the extent they were induced to trade by the spoofing pressure.

- The harm to market participants that is attributable to the Defendants' spoofing activity can be determined by comparing the observed cost of trading while the Defendants' spoof orders were active to the observed "but-for" cost of trading during a period of equal length immediately before the spoof orders were placed. Implementing such an approach across the Defendants' approximately 5,900 spoofing sequences results in a total market loss attributable to the spoofing activity of **$1.2 million**, nearly $1.0 million of which is attributable to the first five seconds after the spoof orders were placed.

- Alternatively, the impact of the Defendants' spoofing activity can be measured by comparing the rate at which market participants on the same side as the Defendants' spoof orders crossed the bid-ask spread while the spoof orders were active to the rate immediately before the spoof orders were placed. The change in the rate of spread-crossing indicates the impact of the spoofing pressure on the trading activities of other market participants. Using this alternative approach results in a total market loss attributable to the spoofing activity of **$1.1 million**.

- In instances where other market participants traded directly with the Defendants during the Defendants' spoofing activity, the Defendants benefitted by an amount equal to the loss suffered by these market participants (*i.e.*, the Defendants' direct counterparties). This results in

an estimate of the Defendants' gain from their spoofing activity exceeding $500,000 under both approaches for measuring market loss.

## II. ANALYSIS OF MARKET LOSS

12. In the following sections, I describe my calculation of market loss attributable to the Defendants' spoofing activity. First, I identify the universe of orders that are included in my analysis. I then explain the rationale underlying my approach to measuring market harm, and how the two empirical methods that I present capture the incremental impact of the Defendants' spoofing activity and also account for normal market activity that would have otherwise occurred in the absence of the spoofing activity. I conclude with a discussion that highlights why my analysis in all likelihood understates the true market harm associated with the Defendants' spoofing activity.

### A. Relevant Trading Activity

13. In assessing the market harm attributable to the Defendants' spoofing activity, I have been instructed to limit my analysis to certain trading sequences ("Spoofing Sequences") with the following attributes. First, the sequences have a fully-displayed resting large order or order group placed in the first five levels of the visible order book ("Spoof Orders," as further defined below) on one side of the market. Second, the sequences have an iceberg order (of any size) resting in the first five levels of the order book on the other side of the market at some point during the pendency of the Spoof Orders ("Opposite Orders").[3]

14. Spoofing Sequences are those where (a) Mr. Vorley places both the Spoof Orders and the Opposite Orders ("Vorley Solo Sequences"); (b) Mr. Chanu places both the Spoof Orders

---

[3] Opposite Orders can be placed either before or after the Spoof Orders are placed, as long as they are active while the corresponding Spoof Orders are active.

and the Opposite Orders ("Chanu Solo Sequences"); or (c) Mr. Vorley places only the Spoof Orders and Mr. Chanu places only the Opposite Orders, or vice versa ("Vorley/Chanu Sequences").[4] In addition, I was instructed to also include as Spoofing Sequences any additional sequences that involve either of the Defendants on one side of the market and David Liew on the other side ("Liew Sequences"). I treat Spoof Orders that overlap in time with each other as a single Spoofing Sequence, and Spoof Orders that do not overlap in time with each other as separate Spoofing Sequences (including when the separate Spoofing Sequences overlap with the same Opposite Orders). Overall, I identified approximately 5,900 Spoofing Sequences, comprising over 42,000 individual Spoof Orders whose aggregate notional value at placement equals approximately $74.5 billion.

| Spoofing Sequence Category | Number of Spoofing Sequences | Number of Spoof Orders | Notional Value of Spoof Orders (billions) |
|---|---|---|---|
| Vorley Solo | 2,914 | 15,131 | $26.1 |
| Chanu Solo | 2,239 | 19,850 | $35.9 |
| Vorley/Chanu | 469 | 3,840 | $7.2 |
| Liew | 280 | 3,449 | $5.3 |
| **Total** | **5,902** | **42,270** | **$74.5** |

15. For Mr. Vorley, Spoof Orders are identified as follows:

a. From April 1, 2008 to August 19, 2009, fully-displayed resting orders of 100 contracts for gold and 50 contracts for silver placed within the first five levels of the order book.

[4] If Mr. Vorley places both Spoof Orders and Opposite Orders, it is classified as a Vorley Solo Sequence even if Mr. Chanu also places Spoof Orders *or* Opposite Orders, and likewise for Chanu Solo Sequences. If Mr. Vorley and Mr. Chanu both place Spoof Orders and Opposite Orders, it is classified as a Vorley Solo Sequence if Mr. Vorley places the first Spoof Order or as a Chanu Solo Sequence if Mr. Chanu places the first Spoof Order.

Collectively, these orders exhibit fill ratios[5] of less than 2 percent and a median duration of less than 1.6 seconds.[6] The fill ratios and durations associated with these orders are noticeably different from the fill ratios (more than 62 percent) and median duration (more than 45 seconds) associated with Mr. Vorley's families of iceberg orders placed in the first five levels.[7] This difference in fill ratios and durations for 100- and 50-lot orders compared to iceberg orders is similar to the differences I testified about at trial regarding Mr. Vorley's groups of 10-lot visible orders, and for similar reasons is inconsistent with an economically rational trading strategy that is aimed at obtaining fills for these 100- and 50-lot orders.[8] I further note that for the 61 Episodes prior to August 19, 2009, Mr. Vorley's fully-displayed orders are all 100 contracts for gold and 50 contracts for silver. During this period, Mr. Vorley did not place any resting visible orders of 10 contracts placed in groups.[9]

b. From August 20, 2009 to July 31, 2013, fully-displayed resting orders of 10 contracts placed in groups within the first five levels of the order book in both the gold and silver markets. These orders are placed in groups of approximately 10 orders on average.[10]

5 The fill ratio equals the aggregate number of contracts filled divided by the aggregate number of contracts submitted for these orders. *See* Trial Transcript, p. 1464.

6 Government's Supplemental Venkataraman Disclosure, March 13, 2020, tables in attachment labeled Order Size Summary Statistics updated on May 12, 2020 ("Venkataraman Order Size Statistics"), p. 2. These tables are included as Appendix B to this declaration.

7 Government's Supplemental Venkataraman Disclosure, March 13, 2020, tables in attachment labeled Iceberg Family Cancel-Replace Analysis updated on May 12, 2020 ("Venkataraman Iceberg Statistics"), p. 2. These tables are included as Appendix C to this declaration. I explained how I grouped together iceberg orders into "families" or "chains" during my trial testimony. *See* Trial Transcript, pp. 1429, 1463, 1476.

8 *See* Trial Transcript, pp. 1476-1478.

9 Trial Transcript, p. 1475; Appendix B, p. 2. "Placed in groups" refers to orders that are identical in quantity, side, and order type that are placed consecutively within 1 second of each other.

10 Appendix B, p. 3.

Collectively, these orders exhibit fill ratios of less than 2 percent and a median duration of less than 1.4 seconds.[11] As I testified at trial, this pattern is inconsistent with an economically rational trading strategy that is aimed at obtaining fills for these orders.[12]

16. For Mr. Chanu, Spoof Orders are identified as follows:

a. From September 1, 2008 to December 5, 2009, fully-displayed resting orders of 100 or 101 contracts for gold and 100 contracts for silver placed within the first five levels of the order book. Collectively, these orders exhibit fill ratios of less than 1 percent and a median duration of less than 1 second.[13] The fill ratios and durations associated with these orders are noticeably different from the fill ratios (more than 60 percent) and median duration (more than 37 seconds) associated with Mr. Chanu's families of iceberg orders placed in the first five levels.[14] This difference in fill ratios and durations for 100- and 101-lot orders compared to iceberg orders is similar to the differences I testified about at trial regarding Mr. Chanu's groups of 10-lot orders, and for similar reasons is inconsistent with an economically rational trading strategy that is aimed at obtaining fills for these 100- and 101-lot orders.[15] I further note that for the 61 Episodes prior to August 19, 2009, all but one of Mr. Chanu's fully-displayed orders

---

[11] Appendix B, p. 3.

[12] Trial Transcript, pp. 1477-1478.

[13] Appendix B, p. 5.

[14] Appendix C, p. 5.

[15] *See* Trial Transcript, pp. 1479.

are 100 or 101 contracts.[16] During this period, Mr. Chanu did not place any resting orders of 10 contracts placed in groups.[17]

b. From December 6, 2009 to July 31, 2013, fully-displayed resting orders of 10 contracts placed in groups within the first five levels of the order book in both the gold and silver markets. These orders are placed in groups of approximately 15 orders on average.[18] Collectively, these orders exhibit fill ratios of less than 1 percent and a median duration of less than 3.5 seconds.[19] As I testified at trial, these orders are inconsistent with an economically rational trading strategy aimed at actually filling the orders.[20]

17. For Mr. Liew, Spoof Orders are fully-displayed resting orders of 10 contracts placed in groups within the first five levels of the order book in both the gold and silver markets. These orders exhibit fill ratios of less than 1 percent and a median duration of less than 1.5 seconds.[21] The fill ratios and durations associated with these orders are noticeably different from the fill ratios (more than 40 percent) and median duration (more than 86 seconds) associated with Mr. Liew's families of iceberg orders placed in the first five levels.[22]

---

[16] In Episode #12a, Mr. Chanu has one fully-displayed order of 200 contracts.

[17] Trial Transcript, p. 1479; Appendix B, p. 2.

[18] Appendix B, p. 6.

[19] Appendix B, p. 6.

[20] *See* Trial Transcript, p. 1477-1479.

[21] Appendix B, p. 7.

[22] Appendix C, p. 7.

| Trader | Time Period | Spoof Orders[23] Gold Futures | Spoof Orders[23] Silver Futures |
|---|---|---|---|
| Vorley | April 18, 2008–August 19, 2009 | 841 | 207 |
| | August 20, 2009–July 31, 2013 | 11,467 | 3,082 |
| Chanu | September 8, 2008–December 5, 2009 | 897 | 145 |
| | December 6, 2009–July 31, 2013 | 20,209 | 5,236 |
| Liew | January 13, 2010–February 14, 2012 | 136 | 50 |
| **Total** | | **33,550** | **8,720** |
| | | **42,270** | |

### B. Defining Market Harm

18. In order to calculate the harm caused by the Defendants' Spoof Orders, I first identify transactions that occurred while the Spoof Orders were active in the visible order book.[24] My objective is to identify losses incurred by market participants who bought while the Defendants' Spoof Orders to buy were active (which increased the perception of buying interest) and participants who sold while Defendants' Spoof Orders to sell were active (which increased the perception of selling interest).[25]

19. Spoof Orders distort the visible buying and selling interest in the market. They can induce other traders to raise/lower their bid/ask price quotes or to cross the bid-ask spread when they otherwise would not have. For example, Spoof Orders placed on the buy side of the

---

23 These Spoof Orders figures are consistent with the figures in Appendix B but also include Spoof Orders with a different trader on the opposite side ("Coordinated Sequences") and refines the method for identifying opposite side iceberg orders for the period before March 23, 2009 in which order book depth data (*i.e.*, Armada) is unavailable in the CME Trading Data.

24 Some Spoof Orders were initially placed within the visible order book (*i.e.*, the first ten levels of the order book) but subsequently moved outside of the visible order book as the market price moved away. I only consider transactions that occur until Spoof Orders first move outside of the visible order book. Relatedly, I do not consider transactions when Spoof Orders move outside of the visible order book and subsequently reappear in the first ten levels of the order book.

25 As I discuss later, while the Spoof Orders may have had a lasting impact on market dynamics even after they were canceled, my analysis only considers the impact while the Spoof Orders were active.

order book in the gold futures market create an artificial perception of buying interest and signal the likelihood that the gold futures price will rise in the future. The additional perceived buying pressure induces other market participants to raise the prices at which they are willing to buy and/or induces them to cross the bid-ask spread and accept the current best ask price in an attempt to buy quickly before the anticipated rise in the price of gold. The market participants who bought in reaction to artificial buying pressure created by the Spoof Orders are therefore harmed to the extent the Spoof Orders induced them to participate at a worse price than they would have otherwise. The Defendants correspondingly benefitted from artificial buying interest created by their Spoof Orders, because the incidences of market participants crossing the bid-ask spread increased the fill probability of the Defendants' Opposite Orders, beyond what the Defendants otherwise would have been able to fill had they not placed Spoof Orders.

### C. Unadjusted Market Loss Calculation

20. In order to calculate the loss incurred by market participants on the Spoof Order side of transactions, I compare the price at which market participants traded to the price at which they would have been able to trade in the absence of the Defendants' Spoof Orders ("But-For Trade Prices"). The best available indicators of But-For Trade Prices are the last observed bid and ask prices immediately before the placement of the first Spoof Order in each Spoofing Sequence. The But-For Trade Price is therefore the last observed best bid price for buy-side Spoof Orders and the last observed best ask price for sell-side Spoof Orders.[26]

---

[26] Here I assume market participants on the Spoof Order side would all have otherwise traded at the But-For Trade Price. I modify that assumption when I make adjustments in the subsequent sections of this declaration.

21. For each transaction that occurred while a Spoof Order was active, I calculate the difference between the price at which the execution actually occurred ("Actual Trade Price") and the corresponding But-For Trade Price. This price difference is a measure of the additional mark-up, or the higher cost (or potentially, benefit) of trading for market participants on the Spoof Order side of the transaction while the Spoof Orders were active. Specifically, when the Actual Trade Price is "worse" (*i.e.*, higher for buyers and lower for sellers) than the But-For Trade Price, the participants incurred a higher cost relative to the state of the market before the Spoof Order was placed. Conversely, when the Actual Trade Price is "better" (*i.e.*, lower for buyers and higher for sellers) than the But-For Trade Price, the participants recognized a benefit. To arrive at the "Unadjusted Market Loss" associated with an individual transaction, I multiply the price differential by the transacted quantity. I aggregate this measure across all transactions executed by market participants while Spoof Orders are active to arrive at a total Unadjusted Market Loss estimate across all Spoofing Sequences.[27]

22. To illustrate this calculation, consider **Episode #17** from the 61 Episodes, an episode with a 100-lot Spoof Order placed by Mr. Chanu on the sell side. Immediately before the Spoof Order is placed, the prevailing best ask price is $1,503.70. Therefore, for this episode, the But-For Trade Price of $1,053.70. On the chart below, I marked with asterisks three of the sell trades executed by market participants during the pendency of the Spoof Order:

[27] In some cases, a transaction might occur when multiple Spoof Orders are active. The Unadjusted Market Loss associated with an individual transaction is counted only once, even when the transaction occurs while multiple Spoof Orders are active.




- Market participant X crosses the bid-ask spread to sell one contract (100 ounces) at an Actual Trade Price of $1,053.60 per ounce at 10:10:10.849 AM. The Unadjusted Market Loss for this trade is therefore calculated as: ($1,053.70 – $1,053.60) × 100 = $10.

- Market participant Y crosses the bid-ask spread to sell 14 contracts (1,400 ounces), this time to Mr. Chanu, at an Actual Trade Price of $1,053.50 per ounce at 10:10:11.060 AM. This trade occurs after the market price had moved down one tick. The Unadjusted Market Loss for this trade, and correspondingly Mr. Chanu's unadjusted gain, is therefore calculated as: ($1,053.70 – $1,053.50) × 1,400 = $280.

- Market participant Z places a resting order to sell three contracts (300 ounces) at the lower price of $1,053.60 per ounce at 10:10:11.062 AM, and these three contracts are executed by 10:10:11.239 AM at an Actual Trade Price of $1,053.60 per ounce. The Unadjusted Market Loss for this trade is therefore calculated as: ($1,053.70 – $1,053.60) × 300 = $30.

23. Across all Spoofing Sequences, the total Unadjusted Market Loss for market participants on the Spoof Order side based on all transactions observed while the Spoof Orders are active is over $1.4 million.[28] These market participants include 3,741 unique traders trading through 322 unique firms.[29] Approximately 83% of affected trades and 79% of the Unadjusted Market Loss occurs within the first five seconds after the placement of the first Spoof Order in the Spoofing Sequence, while approximately 96% of the affected trades and 95% of the Unadjusted Market Loss occurs within the first 30 seconds.

---

[28] This aggregate figure includes instances where the resulting market loss calculation is negative, *i.e.*, where the Actual Trade Price is "better" than the But-For Trade Price. Including only trades that are executed at a worse price than the But-For Trade Price would increase the aggregate unadjusted market loss by approximately $20,000.

[29] I determined the number of unique traders using the "tag 50" variable in the CME Trading Data. I understand that the tag 50 represents each trader's unique operator ID. *See* Trial Transcript, pp. 380-381. I determined the number of unique firms using the "firm" variable in the CME Trading Data.

| | Unadjusted Market Loss | Number of Affected Contracts Traded by Market Participants | Unique Traders Affected | Unique Firms Affected |
|---|---|---|---|---|
| While Spoof Orders are Active | $1,441,405 | 65,901 | 3,741 | 322 |
| Trades within 30 seconds after placement | $1,366,870 | 63,440 | 3,612 | 315 |
| Trades within 10 seconds after placement | $1,282,655 | 59,860 | 3,378 | 304 |
| Trades within 5 seconds after placement | $1,144,375 | 54,895 | 3,021 | 299 |

24. I term this measure of market loss incurred by market participants as "unadjusted" because it does not account for the fact that some participants may have been willing to increase/decrease their order's limit price or cross the bid-ask spread to trade at a worse price even in the absence of Spoof Orders. In the next sections, I present two approaches that account for these scenarios and adjust my calculation of the market loss.

### D. Adjustment for But-For Cost of Trading Using a Matched Control Period

#### *1. Methodology*

25. One way to qualify the Unadjusted Market Loss is to recognize that, even absent pressure from Spoof Orders, not every market participant would have alternatively traded at the But-For Trade Prices. Rather, some market participants may choose to cross the spread anyway to trade at a worse price, thereby incurring a mark-up, or a higher cost of trading, in exchange for immediate execution. Best prices may also move absent Spoof Order pressure, even within a short period of time, and generate additional cost of trading for the market participant, where the "cost" of trading is positive when the price moves in an unfavorable direction and negative when the price moves in a favorable direction.

26. I present an event study methodology that is common in the field of economics to estimate

the "Adjusted Market Loss" that is attributable to the Defendants' Spoof Orders. For each Spoofing Sequence, the methodology identifies a matched control period of trading and estimates a But-For cost of trading for market participants on the Spoof Order side for trades observed in the control period. The But-For cost of trading in the matched control period is deducted from the Unadjusted Market Loss I calculated above for the Spoofing Sequences. The remaining amount is the "Adjusted Market Loss" and represents the abnormal cost of trading that is attributable to the Defendant's Spoof Orders. I describe this calculation in more detail in the following paragraphs.

*2. Calculation and Results*

27. For each Spoofing Sequence, I identify a matched control period of the same length as the duration of the Spoof Orders in the visible order book,[30] and that immediately precedes the placement of the Spoof Orders.[31]

28. For the control period for each Spoofing Sequence, I calculate the cost of trading for market participants on the Spoof Order side using an identical approach that I described for the Unadjusted Market Loss for the Spoofing Sequence. Specifically, I identify all transactions that occurred during the control period, and for each transaction, I calculate the difference between the price at which the trade actually occurred (*i.e.*, the Actual Trade Price) and the corresponding But-For Trade Price for the control period. The But-For Trade Price for the control period is the best price available immediately prior to control period – the last

---

30 The Spoof Order remains visible in the order book until it is either canceled, fully filled, or the market price moves such that the resting Spoof Order is no longer in the first ten levels of the order book.

31 The result would be similar were I to add a short buffer period (*e.g.*, one second) between the control period and the placement of the Spoof Orders.

observed best bid price for buy-side Spoofing Sequences and the last observed best ask price for sell-side Spoofing Sequences.[32] For instance, in the case of a buy-side Spoofing Sequence, I calculate the difference between the prices at which market participants transacted during the control period (*i.e.*, Actual Trade Prices) and the best bid price available immediately prior to control period (*i.e.*, But-For Trade Price). To arrive at the But-For cost of trading associated with an individual transaction during the control period, I multiply the price differential by the transacted quantity. Across all Spoofing Sequences, I then calculate the total But-For cost of trading during the control periods by aggregating the cost across all transactions executed by market participants during the control periods.

29. Since the control period immediately precedes the placement of the Spoof Orders in a Spoofing Sequence, the methodology accounts for idiosyncratic market conditions that may differ across Spoofing Sequences, and provides an estimate of the "normal" cost of trading of market participants around the time of a Spoofing Sequence, absent the placement of the Spoof Orders. I therefore discount the total Unadjusted Market Loss of the Spoofing Sequences by deducting the total But-For cost of trading during the control period to obtain an Adjusted Market Loss estimate. This measure accounts for both the prevailing market conditions and the normal trading behavior of market participants absent any spoofing activity.

30. To illustrate this calculation, I return to **Episode #17**. In this episode, the Spoof Order is

[32] For roughly 10% of Spoofing Sequences, a preceding control period that has the same duration as the Spoof Orders is not possible because the control period would overlap with a previous Spoofing Sequence. In these situations, I calculate the cost of trading during this abbreviated control period, and then scale it up proportionally to match the duration of the Spoof Orders. For example, if the duration of the Spoof Orders in a Spoofing Sequence is 5 seconds, but the preceding control period is only 2 seconds until it overlaps with a prior Spoofing Sequence, I multiply the But-For cost of trading that I calculate for the control period by 2.5 (=5 ÷ 2).

placed at 10:10:10.827 AM and has a duration of 0.999 seconds, so the control period with matching duration for this episode is 0.999 seconds and begins at 10:10:09.828 AM and ends at 10:10:10.827 AM, the same time that the Spoof Order is placed. Immediately before the start of the control period, the prevailing best ask price is $1,053.70, so the But-For Trade Price for this control period is $1,053.70. During the control period, three market participants fill orders to sell (marked on the chart below with asterisks):

- Market participants X and Y fill resting orders to sell three contracts in total (300 ounces) at an Actual Trade Price of $1,053.70 per ounce at 10:10:10.501 AM. The control period cost of trading for these trades is $0 since the Actual Trade Price is the same as the But-For Trade Price.
- Market participant Z crosses the bid-ask spread to execute a sell order for ten contracts at two different prices at 10:10:10.527 AM: eight contracts (800 ounces) at an Actual Trade Price of $1,053.60 and two contracts at an Actual Trade Price of $1,053.50. The control period cost of trading for these trades is therefore calculated as: ($1,053.70 – $1,053.60) × 800 + ($1,053.70 – $1,053.50) × 200 = $120.




31. Across all the identified Spoofing Sequences, the But-For cost of trading during the control periods adds up to $235,817. Deducting this cost of trading from the total Unadjusted Market Loss results in a total Adjusted Market Loss that exceed $1.2 million, as shown in the table below.[33] The table below also shows the Adjusted Market Loss when I restrict my analysis to transactions that occur during a short duration after the placement of Defendant's Spoof Orders. Even were I to restrict my analysis to only the first five seconds after the Spoof Order placement, the Adjusted Market Loss is nearly $1 million.

[33] This includes instances of Spoofing Sequences where the cost of trading in the control period exceeds the Unadjusted Market Loss, resulting in a negative Adjusted Market Loss for the given Spoofing Sequence.

| Period | Unadjusted Market Loss [A] | But-For Cost of Trading using matched control [B] | Adjusted Market Loss [C]=[A]-[B] |
|---|---|---|---|
| **Entire Duration of Spoof Order** | **$1,441,405** | **$235,817** | **$1,205,588** |
| Trades within 30 seconds after placement | $1,366,870 | $219,833 | $1,147,037 |
| Trades within 10 seconds after placement | $1,282,655 | $211,220 | $1,071,435 |
| Trades within 5 seconds after placement | $1,144,375 | $181,427 | $962,948 |

32. The above describes the approach to adjust for the But-For cost of trading using a matched control period. In the next section, I discuss an alternative approach, and demonstrate that this approach yields results that are consistent with the results reported in the table above.

### E. Alternative Adjustment Method: Rate of Spread-Crossing

#### *1. Methodology*

33. Market participants incur trading costs primarily when they cross the bid-ask spread to trade. For example, a market participant who intends to buy gold futures contracts could place a resting limit order at the best bid. By crossing the spread to trade at the best ask, which is at a higher price, this market participant incurs a cost. As explained earlier, spoofing, and the misleading appearance of supply/demand it introduces, can induce market participants to cross the spread and incur the associated costs.

34. Under typical market conditions, some market participants will decide to cross the spread to trade, even absent any pressure from spoofing activity. In other words, among the spread-crossing trades that take place while the Spoof Orders are active, some would have occurred anyway even in the absence of Spoof Orders. I make an adjustment for the spread-crossing trades that would have occurred anyway by comparing the rates of spread-crossing

before and after the Spoof Orders are placed. This approach provides another metric by which I can adjust the Unadjusted Market Loss to remove the trading costs that market participants would have likely incurred absent the Spoof Orders. I refer to this as the Alternative Adjusted Market Loss.

### 2. *Calculation and Results*

35. I calculate the "rate of spread-crossing" as the per-second number of contracts traded by market participants on the Spoof Order side who crossed the spread. I compare the spread-crossing rate immediately prior to the placement of the Spoof Order to the spread-crossing rate immediately after the placement of the Spoof Orders to measure the impact of the Spoof Order on spread crossing activity.[34]

36. I calculate the spread crossing rate for the five seconds immediately preceding the placement of the Spoof Orders and for the duration of the Spoof Orders across all Spoofing Sequences. I aggregate and present the results in the figure below. This figure shows that, compared to the five seconds before the placement of the Spoof Orders, the rate of spread-crossing for orders on the Spoof Order side sharply increases in the first five seconds after the Spoof Orders are placed and remains elevated for the duration of the Spoof Orders.[35]

[34] I analyze spread-crossing during periods where the best market price on the opposite side of the Spoof Orders remains unchanged in order to keep market conditions as comparable as possible and isolate the impact of the Spoof Order placement. While Spoof Orders are active, market participants traded approximately 54,000 Spoof Order side contracts by crossing the spread, and my rate of spread-crossing analysis captures approximately 37,000 (70%) of these spread-crossing trades.

[35] My results are not sensitive to the duration of the pre-Spoof Order period. In other words, comparing the rate of spread-crossing with one second or 10 seconds before the Spoof Order is placed yields similar results. When the five-second pre-Spoof Order period overlaps with a preceding Spoof Order, I only analyze the rate of spread-crossing for the non-overlapping period (which is less than five seconds).




37. The difference between the elevated rate of spread crossing ignited by Spoof Orders and the normal rate of spread crossing observed immediately prior to the placement of the Spoof Orders can then be reasonably attributed to the placement of the Spoof Orders. I therefore remove the portion represented by the normal rate of spread crossing from the Unadjusted Market Loss to arrive at a measure of the Alternative Adjusted Market Loss.

38. As shown in the figure above and the table below, during the five seconds before the Spoof Orders are placed, an average of 0.62 contracts per second are traded by market participants on the Spoof Order side who crossed the spread. When Spoof Orders are active, the spread-crossing rate increases to 2.94 contracts per second. Therefore, I estimate that approximately 0.62 ÷ 2.94 = 21.2% of the spread-crossing contracts traded by participants on the Spoof Order side while the Spoof Orders are active would reasonably have occurred

in the absence of the spoofing activity. Discounting the $1.4 million Unadjusted Market Loss by 21.2% yields approximately $1.1 million for the Alternative Adjusted Market Loss. The figure above and table below also show that the spread-crossing rate is highest in the seconds immediately after the Spoof Orders were placed, jumping from 0.62 contracts per second in the five seconds before the Spoof Orders were placed to 3.33 contracts per second in the five seconds immediately after the Spoof Orders were placed. Were I to restrict my analysis to only Spoof Order side market trades that occurred in the first five seconds after the Spoof Order placement, the Alternative Adjusted Market Loss exceeds $900,000.

| Period | Unadjusted Market Loss [A] | Rate of Spread-Crossing (Contracts per Second) [B] | Percentage Adjustment [C]=[B]/[X] | Adjusted Market Loss [D]=[A]×(1-[C]) |
|---|---|---|---|---|
| **[X] 5-Second Pre-Spoof Period** | | **0.62** | | |
| **Entire Duration of Spoof Order** | **$1,441,405** | **2.94***** | **21.2%** | **$1,135,974** |
| Limit to 30 seconds after placement | $1,366,870 | 2.95*** | 21.1% | $1,078,308 |
| Limit to 10 seconds after placement | $1,282,655 | 3.09*** | 20.2% | $1,023,642 |
| Limit to 5 seconds after placement | $1,144,375 | 3.33*** | 18.7% | $929,918 |

*** P-value < 0.01

39. Additionally, I tested the difference between spread-crossing rates before and after the

Spoof Order placement using a pair-wise t-test.[36] I find that the difference between the spread-crossing rates is statistically significant with a confidence level of over 99%. This statistical test confirms that the increase in the rate of spread-crossing estimated from the large sample of more than 5,900 Spoofing Sequences observed is not due to random chance.

### F. Summary of Market Loss Calculations

40. The table below summarizes my calculations of market loss for the Spoofing Sequences using both the But-For cost of trading approach and the alternative approach. I have also provided a breakdown of market loss attributable to each category of Spoofing Sequence:

| Spoofing Sequence Category | Unadjusted Market Loss | Adjusted Market Loss (with But-For Cost of Trading) | Alternative Adjusted Market Loss |
|---|---|---|---|
| Vorley Solo | $685,880 | $586,401 | $540,543 |
| Chanu Solo | $503,920 | $382,260 | $397,140 |
| Vorley/Chanu | $203,350 | $198,899 | $160,261 |
| Liew | $48,255 | $38,028 | $38,030 |
| **Total** | **$1,441,405** | **$1,205,588** | **$1,135,974** |

### G. Additional Components of Market Loss

41. The methodologies I used to quantify the market harm attributable to the Spoofing Sequences likely understate total market harm for the following reasons:

a. I only calculate the loss incurred by market participants on the Spoof Order side for their orders that were executed while the Spoof Orders are active. However, I did not

36 A pairwise t-test tests whether the average difference in spread-crossing rates before and during each Spoofing Sequence is statistically different from zero.

attempt to capture the potential lingering effect of the Spoof Orders after they are canceled, when market participants may still be responding to the pressure created by the Spoof Orders.[37]

b. I only calculate the loss incurred by market participants on the Spoof Order side for their orders that were executed. I do not account for orders that were resting on the Spoof Order side before the Spoof Orders were placed and that subsequently lost the opportunity to get fills due to the pressure created by the Spoof Orders. While Spoof Orders are active, the price is likely to move "away" in response to the spoofing pressure (*i.e.*, move up for buy-side Spoof Orders and move down for sell-side Spoof Orders). Therefore, resting limit orders on the Spoof Orders side are less likely to get fills. My analysis does not attempt to quantify this opportunity cost of non-execution for these orders.

c. The Spoofing Sequences I was instructed to include in my calculation do not account for potential coordination with other traders. For example, Episode #8 in the 61 Episodes, which includes Mr. Chanu and another DB trader, Edward Bases, is not included in my calculation.

d. The Spoofing Sequences I was instructed to include in my calculation require a concurrent Opposite Order, *i.e.*, an iceberg order that is on the opposite side of the Spoof Order. Orders of the same types and sizes as the Spoof Orders but that do not have Opposite Orders are not included, even though the pressure created by these orders may have also affected the market and induced market participants to trade at

[37] *See* Trial Transcript, p. 1436. An example of this potential lingering effect can be seen in Episode #8 of the 61 Episodes.

worse prices than they otherwise would have. For example, I do not include Mr. Vorley's first group of 29 10-contract buy orders in the following trading sequence:




e. In calculating market loss only during Spoofing Sequences, I did not quantify the long-term effects of spoofing activity on financial markets. More broadly, and as I testified at trial, the practice of spoofing degrades market integrity by causing a loss of confidence among participants. Traders factor in the risk of being cheated by reducing participation or withdrawing from the market, which has the potential to hurt market liquidity by decreasing the pool of available counterparties with whom to trade. False information on demand and supply also lower the market participant's confidence that the observed futures prices are accurate. Thus, the practice of spoofing degrades the

two primary functions of financial markets – liquidity and price discovery.[38] In other words, the Spoofing Sequences have lasting detrimental effects far beyond the periods covered by Defendants' Spoofing Sequences and I have not attempted to quantify such an effect.

## III. ANALYSIS OF DEFENDANTS' GAIN

42. In many cases, the market participants that were harmed by the Spoof Orders traded directly with the Opposite Orders that the Defendants had placed on the opposite side of the Spoof Orders. In these cases, the Spoof Orders benefitted the Defendants by an amount equal to the loss suffered by the market participants with whom they traded by allowing the Defendants to buy at lower prices or sell at higher prices than they would have been able to otherwise.

43. As shown in the table below, the unadjusted market loss (and corresponding Defendant gain) is $448,570 for market participants that traded with Mr. Vorley and $232,910 for market participants that traded with Mr. Chanu, or an aggregate gain to both Defendants of $681,480. After implementing the adjustment for the But-For cost of trading using the control periods I described above, the corresponding gain for Mr. Vorley and Mr. Chanu is $378,010 and $191,151, respectively, and $569,162 in the aggregate. Using the alternative adjustment for spread-crossing trades I described above, the corresponding gain for Mr. Vorley and Mr. Chanu is $353,519 and $183,557, respectively, and $537,076 in the aggregate.

38 Trial Transcript, pp. 1403-1404.

| Trader | Unadjusted Gain | Adjusted Gain (But-For Cost of trading Method) | Adjusted Gain (Alternative Method) |
|---|---|---|---|
| Vorley | $448,570 | $378,010 | $353,519 |
| Chanu | $232,910 | $191,152 | $183,557 |
| **Total** | **$681,480** | **$569,162** | **$537,076** |

Pursuant to 28 U.S.C. § 1746, I, Kumar Venkataraman, certify under penalty of perjury that the foregoing is true and correct.

Executed on the 13th day of November 2020.

Kumar Venkataraman, PhD

# Appendix A

# Resume of Kumar Venkataraman

## APPOINTMENTS

**Professor of Finance**, Cox School of Business, Southern Methodist University, 2013 –.

**Maguire Chair in Energy Management**, 2019 –.

**Academic Director,** Maguire Energy Institute and Kyle Miller Energy program, 2018 –.

Previous appointments at Southern Methodist University

Chairman, Finance Department, 2012-2015.

James M. Collins Chair in Finance, 2011-2012, 2014-2019.

Fabacher Endowed Professor in Alternative Assets, 2009-11, 2012-2014.

Academic Director, ENCAP Investments & LCM Group Alternative Asset Management Center, 2009-2012.

Marilyn and Leo Corrigan Endowed Professor, 2007-08, 2008-09.

Associate Professor of Finance (with tenure), 2006-2013.

Assistant Professor of Finance, 2000-2006.

**Visiting Economist** (part-time appointment)**,** Office of the Chief Economist, Financial Industry Regulatory Authority (FINRA), 2016 –.

**Fixed Income Market Structure Advisory Committee (FIMSAC),** Securities and Exchange Commission (SEC), 2017 – .

- Sub-committee member: Transparency, ETFs and Bond Funds, Credit Ratings.

## EDUCATION

**Ph.D. in Business Administration (Finance),** 2000**,** Arizona State University.

**M.M.S.**, 1994, Birla Institute of Technology and Science (BITS-Pilani), India.

## CONTACT INFORMATION

Address: Cox School of Business, 6212 Bishop Blvd, Southern Methodist University, Dallas, TX 75275-0333.
Phone: (214) 768-7005.
E-Mail: kumar@smu.edu
Web Page: http://people.smu.edu/kumar

## EDITORIAL APPOINTMENTS

Associate Editor, *Journal of Financial and Quantitative Analysis, 2010 – .*
Associate Editor, *Journal of Financial Markets, 2016 – .*
Associate Editor, *Journal of Empirical Finance, 2016 – .*
Associate Editor, *Journal of Financial Research, 2011 – 2017.*
Associate Editor, *FMA Survey and Synthesis Series, 2013 – 2016.*
Associate Editor, *Financial Management, 2006 – 2011 (two terms)*.

## OTHER APPOINTMENTS

Board of Trustees, Investment Committee, SMU Endowment, 2011 –.
Board of Directors, Texas Hedge Fund Association, 2011 – 2015.
Visiting Economist, Office of the Chief Economist, Commodity Futures Trading Commission (CFTC), 2009-2012.

## RESEARCH AND TEACHING INTERESTS

Financial Markets – including market design and trading costs; stock markets; fixed-income markets; derivative security markets; energy markets; risk management; trading strategies; best execution; market manipulation.

## EXPERT WITNESS AND CONSULTING WORK

U.S. Commodity Futures Trading Commission (CFTC)
U.S. Department of Justice (DOJ)
Financial Industry Regulatory Authority (FINRA)
ICE Data Products
Analysis Group

## HONORS

**2011 *Poets and Quants* ranking "The Best 40 Business School Professors Under the age of 40."**

NASDAQ Best Paper Award in Market Microstructure, Financial Management Association, 2019, "Institutional Order Handling and Broker-Affiliated Trading Venues"

NASDAQ Best Paper Award in Market Microstructure, Financial Management Association, 2013, "Should Exchanges impose Market Maker obligations?"

NASDAQ Best Paper Award in Market Microstructure, Financial Management Association, 2010, "Institutional Trading and Stock Resiliency."

Best Paper Award (2nd place), The 20th Conference on the Theories and Practices of Securities and Financial Markets, 2012, "Predatory versus Sunshine Trading."

Best Paper Award, Spring Conference of the Multinational Finance Society, 2015, "Informed Trading and Price Discovery before Corporate Events."

Altshuler Distinguished Teaching Professor (University Award), S.M.U., 2017-2019.

Boghetich Family Distinguished Award for Teaching, S.M.U., 2010, 2015.

Outstanding Teaching Award in the MBA program, S.M.U., 2007, 2009, 2014, 2017, 2018.

Outstanding / Distinguished Teaching Award in the BBA program, S.M.U., 2011, 2012, 2014.

Don Jackson Distinguished Teaching Award, 2018.

Gerald J. Ford Senior Research Fellowship (University Award), S.M.U., 2009.

Research Excellence Award, S.M.U., 2004, 2013, 2016, 2017.

C. Jackson Grayson Endowed Faculty Innovation Award, 2019-2020.

**PUBLICATIONS: Major Journal Articles**

[1] Institutional Order Handling and Broker-Affiliated Trading Venues, 2020, *Review of Financial Studies*, Forthcoming (with Amber Anand, Jonathan Sokobin and Mehrdad Samadi).
- NASDAQ Best Paper Award in Market Microstructure, Financial Management Association, 2019.

[2] Mutual Funds Trading Style and Bond Market Fragility, 2020, *Review of Financial Studies*, Forthcoming (with Amber Anand and Pab Jotikasthira).

[3] A Survey of the Microstructure of Fixed Income Markets, *Journal of Financial and Quantitative Analysis,* 2020, Vol. 55 (1), 1-45 (with Hank Bessembinder and Chester Spatt).

[4] Capital Commitment, and Illiquidity in Corporate Bonds, *Journal of Finance*, 2018, Vol. LXXIII, No. 4, 1615-1661 (with Hank Bessembinder, Stacey Jacobsen, and Bill Maxwell).

[5] Informed Trading and Price Discovery before Corporate Events, *Journal of Financial Economics*, 2017, Volume 125, 561-588 (with Shmuel Baruch and Marios Panayides).

[6] Market Conditions, Fragility and the Economics of Market Making, *Journal of Financial Economics*, 2016, Volume 121 (2), 327-349 (with Amber Anand).
- NASDAQ Best Paper Award in Market Microstructure, Financial Management Association, 2013.

[7] Liquidity, Resiliency and Market Quality around Predictable Trades: Theory and Evidence, *Journal of Financial Economics*, 2016. Volume 121 (1), 142-166. (with Hank Bessembinder, Al Carrion, and Laura Tuttle).

[8] Trading Activity and Transaction Costs in Structured Credit Products, *Financial Analyst Journal*, 2013. Vol. 69 (6), 55-67. (with Hank Bessembinder and Bill Maxwell).

[9] Institutional Trading and Stock Resiliency: Evidence from the 2007-09 financial crisis. *Journal of Financial Economics*, 2013. Volume. 108, 773-797. (with Amber Anand, Paul Irvine, and Andy Puckett).
- NASDAQ Best Paper Award in Market Microstructure, Financial Management Association, 2010.

[10] Does Earnings Quality Affect Information Asymmetry? Evidence from Trading Costs, *Contemporary Accounting Review,* 2013, Vol. 30 (2), 482-516. (with Neil Bhattacharya and Hemang Desai).

[11] Performance of Institutional Trading Desks: An Analysis of Persistence in Trading Cost, *Review of Financial Studies*, 2012, Vol. 2 (25), 557-598. (with Amber Anand, Paul Irvine, and Andy Puckett).

[12] Hidden Liquidity: An Analysis of Order Exposure Strategies in Electronic Stock Markets. *Journal of Financial Economics*, 2009, Volume 94, 361-383. (with Hank Bessembinder and Marios Panayides).

[13] The Value of the Designated Market Maker, *Journal of Financial and Quantitative Analysis*, 2007, Vol. 42, No.3, pp. 735-758. (with Andrew Waisburd).

[14] Market Transparency, Liquidity Externalities and Institutional Trading Costs in Corporate Bonds, *Journal of Financial Economics*, 2006, Vol. 82, 251-288. (Lead Article) (with Hank Bessembinder and Bill Maxwell).

[15] The Impact of Legal and Political Institutions on Equity Trading Costs: A Cross-Country Analysis, *Review of Financial Studies*, 2006, Vol.19, No.3, pg. 1081-1111. (with Venkat Eleswarapu).

[16] Do Short Sellers target firms with poor Earnings Quality? Evidence from Earnings Restatements, *Review of Accounting Studies*, 2006, Vol. 11, pg. 71-90. (with Hemang Desai and Srinivasan Krishnamurthy).

[17] Does an Electronic Stock Exchange need an Upstairs Market?, *Journal of Financial Economics*, 2004, Vol. 73, pg. 3-36. (Lead Article) (with Hank Bessembinder).

[18] The Impact of Regulation Fair Disclosure: Trading Costs and Information Asymmetry, *Journal of Financial and Quantitative Analysis*, 2004, Vol. 39, No. 2, pg. 209-225. (Lead Article) (with Venkat Eleswarapu and Rex Thompson)

- Abstracted in *The CFA Digest*, Vol. 34, No. 4 (Nov 2004), pg. 9-10.

[19] Automated versus Floor Trading: An analysis of execution costs on the Paris and New York Exchanges, *Journal of Finance*, 2001, Vol. 56, No. 4, pg. 1445-1885.

- Abstracted in *The CFA Digest*, Vol. 32, No. 1 (Feb 2002), pg. 65-66.

## BOOK CHAPTERS / NON-REFEREED PUBLICATIONS

Bid-Ask Spreads: Measuring Trade Execution Costs in Financial Markets, in *Encyclopedia of Quantitative Finance*, edited by Rama Cont, John Wiley & Sons, 2010. (with Hank Bessembinder)

## COMPLETED WORKING PAPERS

Syndicate Structure, Primary Allocations, and Secondary Market Outcomes in Corporate Bond Offerings, 2020 (with Hank Bessembinder, Stacey Jacobsen, and Bill Maxwell).

Does Trade Reporting improve Market Quality in an Institutional Market? Evidence from 144A Bond Issues, 2018 (with Stacey Jacobsen).

## PERMANENT WORKING PAPERS

Very Low Frequency Trading and Security Design, 2015 (with Andra Ghant and Ross Valkanov). Permanent Working Paper.

The role of fundamental analysis in information arbitrage, 2007 (with Hemang Desai and Srini Krishnamurthy). Permanent Working Paper.

**RESEARCH PRESENTATIONS SINCE 2010**

- *presentation by co-author*

**2019:** University of British Columbia Winter Finance conference (*), Mid-Atlantic Research conference (*), NBER conference on Big Data: Long Term implications for financial markets and firms, Sydney FIRN Market Microstructure conference, University of New South Wales, University of Technology-Sydney, University of Melbourne, Securities and Exchange Commission/Maryland/Lehigh conference on financial regulation, Ninth Erasmus Liquidity conference (*), University Paris Dauphine, Western Finance Association conference, Financial Management Association meeting, European Finance Association meeting (two papers, *).

**2018:** Financial Industry Regulatory Authority, Midwest Finance Association conference, Texas Tech University, University of Illinois in Urbana Champaign, Chicago Financial Institutions conference (*), Bank of Canada Market Structure conference (*), Financial Intermediation Research Society, 4th Central Banking and Financial Reform Conference at Vanderbilt University, Federal Reserve Bank Dallas Banking and Finance workshop.

**2017:** Emerging Markets Finance conference, Financial Economics & Accounting conference, Texas A&M University, Southern Methodist University (*), ASU 2017 Ph.D. Alumni conference, University of Texas San Antonio, University of Mannheim, Frankfurt University, Western Finance Association conference (*).

**2016:** University of New South Wales, University of Sydney, Lone Star conference (*), Notre Dame Finance Regulation conference (*), Bank of Canada, Banque De France-Toulouse School of Economics conference.

**2015:** Wilfred Laurier University, University of Cincinnati, Commodity Futures Trading Commission (CFTC), Oklahoma University Energy Finance Research Conference, Commodity Derivatives Markets Conference in Firenze, Financial Intermediation Research Society Conference, Multinational Finance Society (*), Baruch College.

**2014:** Hong Kong University of Science and Technology, National University of Singapore, National Technological University, Singapore Management University, University of New South Wales, University of Sydney, University of Technology, Texas Christian University.

**2013:** University of Houston, Securities and Exchange Commission (*), Northern Finance Association, Arizona State University, Sixth Erasmus Liquidity Conference, European Finance Association conference (two papers), Western Finance Association conference (two papers), SFS Cavalcade, Stern Microstructure Conference, Commodity Futures Trading Commission (CFTC), Securities and Exchange Commission, Southern Methodist University, Rice University.

**2012:** 20th conference on the Theories and Practices of Securities and Financial Markets, 2012 Commodities Futures Trading Commission (CFTC) Research Conference, Securities and Exchange Commission(*), Liquidnet Annual Institutional Trading Summit (*), 8th Central Bank Workshop on Market Microstructure, Second CNMV Conference on Securities Markets, National Institute of Securities Markets, Erasmus University, Tinbergen Institute, Syracuse University, Queens University.

**2011:** Western Finance Association, Chicago Quantitative Alliance / Society of Quantitative Analysis Trading Conference, SAC Capital, Finance Intermediation Research Society Conference (*), Bank of America Merrill Lynch Trading Desk (*), Quorum 15 - New York Equities Trading Group.

**2010:** NBER Market Microstructure Conference, AIM Investment Center Institutional Investor Conference, Financial Management Association Conference, NYSE-Euronext and Université Paris-Dauphine Workshop on Financial Market Quality, Securities and Exchange Commission (SEC (*), Commodity Futures Trading Commission (CFTC) (*), Mid-Atlantic Research Conference (MARC) in Finance (*), CREATES Symposium Market Microstructure (*), Utah Winter Finance Conference, American Finance Association Meeting.

## PROFESSIONAL ACTIVITIES

**Professional Memberships:**

American Finance Association, Western Finance Association, Financial Management Association, Society for Promotion of Financial Studies, Financial Intermediation Research Society, Texas Hedge Fund Association.

**Regulatory and Industry Panels:**

- Texas Family Office Symposium, Panel Moderator, Energy Panel, October 22, 2020.
- Financial Management Association, Panel member, Raising Capital During Covid-19, October 21, 2020.
- Fixed Income Market Structure Advisory Committee, Securities and Exchange Commission, Panel member, Corporate Bond Market Observations and Lessons Learned, October 5, 2020.
- Fixed Income Market Structure Advisory Committee, Securities and Exchange Commission, Panel member, Bond Fund and ETF Market Observations and Lessons, October 5, 2020.
- University of Texas Ph.D. Symposium, Panel member, Fairness, Efficiency and Stability of Fixed Income and ETF Market Structure, August 12, 2020.
- Fixed Income Market Structure Advisory Committee, Securities and Exchange Commission, Panel moderator, Bond Pricing Services, June 1, 2020.
- Fixed Income Market Structure Advisory Committee, Securities and Exchange Commission, Panel member, Transparency in the Market for Large Size Trades, June 1, 2020.
- Securities and Exchange Commission & NYU Salomon Center Roundtable, Panel member, High Frequency Trading and Liquidity Resiliency, September 21, 2018.
- Columbia Business School – Transparency conference: At what speed and cost? Panel Moderator, Fixed Income Market Structure, June 14, 2018.
- Securities and Exchange Commission, Lehigh University, and University of Maryland Conference on Financial Market Regulation, Panel member, Areas of Academic Research that fulfill the SEC's mission, May 10, 2018.
- Securities and Exchange Commission, Panel member, Round Table on Market Structure for Thinly Traded Securities, Washington D.C., April 23, 2018.
- Securities and Exchange Commission, Round Table on Fixed Income Markets, Washington D.C., April 16, 2013.
- Financial Management Association Conference, Panel member, Session on *Market Integrity: The Missing Stepchild*, New York, 2010.
- Financial Management Association Conference, Doctoral Student Consortium, Reno, 2009.
- IMN's Asset-Backed Securities Conference, Orlando, November 4, 2007.

**Program Committee Member:**

- Texas A&M Young Scholars conference, 2019.
- Texas Finance Festival, 2017 – 2020.
- University of Oklahoma Energy Conference, 2018, 2019.
- AIM Investment Conference, 2016.
- Society for Financial Studies (SFS) Cavalcade, 2013 - 2020.
- Society for Financial Studies (SFS) Asia-Pacific Cavalcade, 2017, 2018.
- Western Finance Association Conference: 2015 - 2019.
- Singapore International Conference on Finance, 2012.
- FMA Conference: 2001-2010, 2014 (Track Chair), 2017 (Track Chair).
- FMA Europe Conference: 2003, 2004, 2006-2009, 2015- 2017, 2019.
- FMA Microstructure Best Paper Award, 2000, 2004, 2010, 2015 (Chair), 2017 (Chair).
- FMA Asia Pacific Meeting: 2016.
- Financial Intermediation Research Society (FIRS) Conference, 2009-2018.
- Napa Conference on Financial Markets Research: 2009-2016.
- European Finance Association Conference: 2010-2019.
- Mid-Atlantic Research Conference (MARC) in Finance: 2008 (Track Chair).
- Southern Finance Association (SFA) Conference: 2008
- Lone Star Finance Symposium: 2005.
- Tel Aviv University Finance Conference, 2013-2018.
- FMA, VP-Practitioner Services Nominating Committee, 2017.

**Discussions provided at conferences**

- American Social Science Association Conference (AFA), 2008, 2019, 2020.
- Sydney FIRN Market Microstructure conference, 2019.
- Financial Economics & Accounting (FEA) conference, 2017.
- Oklahoma University Energy Finance Research Conference, 2017, 2019.
- NYU Stern Market Microstructure Conference, 2017.
- University of Texas at Dallas Finance Conference, 2017.
- Financial Intermediation Research Society (FIRS) Conference, 2016.
- SEC/Lehigh/Maryland Conference on Financial Market Regulation, 2016.
- Lone Star Finance Conference, 2015.
- FSU SunTrust Beach Conference, 2015.
- Texas Finance Festival, 2015.
- Tel Aviv University Finance Conference, 2013.
- European Finance Association Conference, 2013.
- Western Finance Association Conference, 2004, 2005, 2009, 2011.
- Financial Management Association Meeting, 1998, 2004-2009.
- Finance Intermediation Research Society Conference, 2008.
- Theories and Practices of Securities and Financial Markets, 2012.
- NBER Market Microstructure Conference, 2003, 2001.
- NASDAQ-Notre Dame Microstructure Conference, 2000.

**Conference Session Chair:**

- Midwest Finance Association conference, 2018.
- Financial Management Association Meeting, 2002, 2005, 2008-09.
- Theories and Practices of Securities and Financial Markets, 2012.

**Reviewer for:**

Journal of Finance, Journal of Financial Economics, Journal of Financial and Quantitative Analysis, Review of Financial Studies, Financial Management, Journal of Financial Markets, Journal of Financial Intermediation, The Accounting Review, Review of Accounting Studies, Management Science, Critical Finance Review, Journal of International Money and Finance, Journal of Banking and Finance, Journal of Empirical Finance, Bank of England Paper Series, Pacific-Basin Finance Journal, The Financial Review, Journal of Financial Research, European Financial Management, Journal of Applied Finance, Review of Finance, International Review of Finance, Journal of Economics and Business, International Review of Finance.

**Promotion and Tenure Review:**

Texas A&M University, Babson College, Chinese University of Hong Kong, University of Texas at Arlington, Texas Tech University, Macquarie University, University of New South Wales, University of Illinois at Urbana-Champaign, University of Kansas, University of Oklahoma, University of Texas El-Paso, Southern Illinois University, Indian School of Business, Rutgers University, University of North Carolina (Charlotte), Cornell University, Erasmus University, University of Cincinnati.

**Other External Reviews:**

- Research Grants Council, Hong Kong: 2008, 2009, 2010, 2016.
- Social Sciences and Humanities Research Council, Canada: 2009, 2010, 2015.
- Ph.D. Examiner, University of New South Wales, Australia, 2009, 2010, 2017, 2019, 2020.
- Ph.D. Examiner, Tel-Aviv University, 2010.
- Ph.D. Dissertation Committee, Allen Carrion (University of Utah), 2012.

## UNIVERSITY TEACHING

Southern Methodist University

- Topics in Energy Finance (Graduate and Undergraduate)
- Portfolio Theory and Asset Pricing (Graduate)
- Hedge Funds (Graduate)
- Alternative Assets (Undergraduate honors)
- Financial Management (Undergraduate)

Arizona State University

- International Finance (Graduate)
- Financial Management (Undergraduate)

Executive Education @ SMU

Graduate Certificate program in Finance, Women-in-Finance and Economics program, Management Certificate program, Certificate in Leadership program, Tolleson-Cox School Strategic Legacy Planning Wealth Management, Pioneer Natural Resources program, Summer Business Institute.

## Research impact on Market Regulation

**Final Regulation**

Commodity Futures Trading Commission - Prohibitions and Restrictions on Proprietary Trading and Certain Interests in, and Relationships With, Hedge Funds and Private Equity. click here

- Effective date: November 14, 2019
- Document No: 2019-226952020-0445.

Securities and Exchange Commission, FAST Act Modernization and Simplification of Regulation S-K. Click here

- Effective date: May 2, 2019.
- Document No: 3235-AM 00.

Securities and Exchange Commission, Registration and Regulation of Security-Based Swap Information. Click here

- Effective date: May 18, 2015.
- Document No: 3235-AK 80.

Securities and Exchange Commission, Security-Based Swap Data Repository Registration, Duties, and Core Principles. Click here

- Effective date: May 18, 2015.
- Document No: 3235-AK 79.

Securities and Exchange Commission, Financial Industry Regulatory Authority, Inc.; Approval of Amendments to Proposed Rule Change Relating to TRACE Reporting and Dissemination of Transactions in Asset-Backed Securities. Click here

- Effective date: Feb 24, 2014.
- Document No: 34-71607.

Securities and Exchange Commission, Financial Industry Regulatory Authority, Inc.; Order Granting Approval of Proposed Rule Change Relating to the Dissemination of Transactions in TRACE- Eligible Securities that are Effected Pursuant to Securities Act Rule 144A. Click here

- Effective date: September 6, 2013.
- Document No: 34-70345.

Securities and Exchange Commission, NYSE Arca, Inc.; Order Granting Approval to Implement a One-Year Pilot Program for Issuers of Certain Exchange-Traded Products Listed on the Exchange. Click here

- Effective date: June 6, 2013.
- Document No: 34-69706.

Securities and Exchange Commission, The NASDAQ Stock Market LLC; Order Granting Approval to Establish the Market Quality Program. Click here

- Effective date: March 20, 2013.
- Document No: 34-69195.

Commodity Futures Trading Commission - Real-Time Public Reporting of Swap Transaction Data. click here

- Effective date: March 9, 2012

- Document No: 3038-AD08.

**Proposed Rules by Regulators**

Commodity Futures Trading Commission Real-Time Public Reporting Requirements for Swap Transactions. click here

- Publication date: April 17, 2020
- Document No: 2020-0445.

Financial Industry Regulatory Authority, Proposed Pilot Program to Study Recommended Changes to Corporate Bond Block Trade Dissemination. Click here

- Publication date: April 12, 2019.
- Regulatory Notice: 19-12.

Department of Treasury, Proposed Revisions to Prohibitions and Restrictions on Proprietary Trading and Certain Interests in, and Relationships With, Hedge Funds and Private Equity Funds. Click here

- Publication date: September 17, 2018.
- Document No: 1557-AE 27.

Securities and Exchange Commission, Registration and Regulation of Security-Based Swap Execution Facilities. Click here

- Publication date: Feb 28, 2011.
- Document No: 3235-AK93.

Securities and Exchange Commission, Registration and Regulation of Security-Based Swap Information. Click here

- Publication date: Dec 2, 2010.
- Document No: 3235-AK 80.

**Speeches by Regulators**

- Statement of Commodity Futures Trading Commission Chairman Heath P. Tarbert in Support of Revisions to the Volcker Rule, Sept 16, 2019 Click here
- Remarks by Commodity Futures Trading Commission Chairman Christopher Giancario, on Nov 28, 2017. Click here
- Remarks by Board of Governors of the Federal Reserve Board System Vice-Chair Stanley Fischer, Is there a Liquidity Problem post-crisis, Nov 2016. Click here
- Remarks by Securities and Exchange Commission (SEC) Commissioner Mike Piwowar, on Sept 7, 2016. Click here
- Congressional Testimony before U.S. Senate Committee on Banking, Housing, and Urban Affairs, by Federal Reserve Board System Governor Jerome H. Powell, Trends in US Fixed Income Markets, on April 14, 2016. Click here
- Remarks by Securities and Exchange Commission (SEC) Commissioner Elisse B. Walter, on October 28, 2010. Click here
- Remarks by Securities and Exchange Commission (SEC) Commissioner Roel C. Campos, on June 8, 2006. Click here
- Remarks by Securities and Exchange Commission (SEC) Commissioner Cunthia Glassman, on May 19, 2006. Click here
- Remarks by Securities and Exchange Commission (SEC) Commissioner Annette L. Nazareth, on February 7, 2006. Click here

**Regulatory Reports**

- Board of Governors of the Federal Reserve System, Financial Stability Report, May 2020. Click here.
- International Organization of Securities Commissioners (IOSCO) Report on Regulatory Reporting and Transparency in Secondary Corporate Bond Market, April 2018. Click here
- Report to President Donald Trump by Treasury Secretary Mnuchin, A Financial System that creates economic opportunities (Capital Markets Report), October 2017. Click here
- Report to the US Congress by the Securities and Exchange Commission, Access to Capital and Market Liquidity, August 2017. Click here
- Board of Governors of the Federal Reserve System, Monitory Policy Report, July 2017. Click here.
- International Organization of Securities Commissioners (IOSCO) Report on Liquidity in the Corporate Bond Market under stress conditions, June 2010. Click here
- Center for Economic Policy Research (CEPR) Report on European Corporate Bond Markets, May 2006. Click here
- Financial Services Authority Report on Trading Transparency in UK Secondary Bond Market, September 2005. Click here
- Securities and Exchange Commission's (SEC) Report on the Comparison of Order Executions Across Equity Market Structures, January 8, 2001. Click here

**Select research covered by the business press**

- *Economist*, Whiter than White: A new formula for bond-market transparency, Feb 21, 2006. Click here
- *Bloomberg News*, Bond Dealers lost $1 Billion after disclosing prices, September 22, 2006. Click here
- Financial Times, Sweet clarity, October 2, 2006. Click here
- *Bloomberg News*, Bond Traders lose $ 1 million incomes on transparency, October 24, 2006. Click here
- *Bloomberg News*, Regulator of Bonds bows to Banks, blocks transparency, November 20, 2006. Click here
- *International Herald Tribune*, EU bows to pressure from banks; Market regulator decides against more disclosure, November 22, 2006. Click here
- *Wall Street Journal*, NASD Bond System helps to reduce costs, November 25, 2006. Click here
- *Bloomberg News*, Levitt says that Asset-backed Bonds needs more disclosures, November 5, 2007. Click here
- *Asset Securitization Report*, Could TRACE bring ABS pricing into focus?, November 19, 2007. Click here
- *Barron's*, Short these stocks, July 6, 2009.
- *Financial Times*, Meal ticker for commodity traders ends, December 4, 2012.
- Bloomberg, How Can Buy-Side Institutions Measure Their Relative Trading Performance?, April 9, 2015.
- Bloomberg, People are worried about bond market liquidity, June 1, 2015 (Matt Levine's Money Stuff).
- *Bloomberg,* Liquidity, Bankruptcy and Paperwork, July 18, 2017 (Matt Levine's Money Stuff).

**Appendix B**
**Vorley Order Size Analysis**
*April 2008 to July 2013*

| Order Size | Resting Non-Iceberg Orders - Top 5 Levels | | | Resting Iceberg Orders - Top 5 Levels | | | Resting Orders - Top 5 Levels | Resting Orders - Beyond Level 5 | Resting Orders | Aggressive Orders[2] | All Orders |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | # Orders | Fill Ratio[8] | Median Duration (Seconds) | # Orders | Fill Ratio[8] | Median Duration (Seconds) | # Orders | # Orders | # Orders | # Orders | # Orders |
| *Panel A: Gold, April 2008 to July 2013* | | | | | | | | | | | |
| 10 Lots (Placed in Group)[3] | 45,310 | 1.7% | 1.56 | 2 | 50.0% | 6.69 | 45,312 | 1,017 | 46,329 | 493 | 46,822 |
| *With Opposite Side Iceberg[9]* | *11,045* | *1.9%* | *1.32* | | | | | | | | |
| 100 | 1,463 | 5.8% | 1.53 | 1,089 | 27.8% | 22.88 | 2,552 | 10,772 | 13,324 | 4,785 | 18,109 |
| All Other Order Sizes | 2,899 | 23.1% | 6.15 | 13,838 | 12.9% | 9.81 | 16,737 | 10,955 | 27,692 | 29,875 | 57,567 |
| Total | 49,672 | | | 14,929 | | | 64,601 | 22,744 | 87,345 | 35,153 | 122,498 |
| *Panel B: Silver, April 2008 to July 2013* | | | | | | | | | | | |
| 10 Lots (Placed in Group)[3] | 8,374 | 1.3% | 1.36 | 4 | 45.0% | 33.11 | 8,378 | 103 | 8,481 | 64 | 8,545 |
| *With Opposite Side Iceberg[9]* | *3,058* | *1.4%* | *1.18* | | | | | | | | |
| 1 | 0 | | | 0 | | | 0 | 0 | 0 | 0 | 0 |
| 50 | 302 | 0.9% | 1.59 | 216 | 23.6% | 17.24 | 518 | 457 | 975 | 729 | 1,704 |
| All Other Order Sizes | 733 | 20.6% | 4.84 | 3,786 | 16.2% | 12.92 | 4,519 | 7,137 | 11,656 | 7,816 | 19,472 |
| Total | 9,409 | | | 4,006 | | | 13,415 | 7,697 | 21,112 | 8,609 | 29,721 |

**Notes and Sources**:

[1] Based on CME RAPID and ARMADA from April 1, 2008 to July 31, 2013.
[2] "Aggressive Orders" are marketable orders that receive a fill by aggressivley crossing the bid-ask spread. Orders that are not aggressive are referred to as "Resting Orders."
[3] "Placed in Group" refers to orders that are identical in quantity, side, and order type that are placed consecutively within 1 second of each other. The median duration is calculated across orders. For gold, the average # Orders in a group of 10-lot grouped resting non-iceberg orders in the top 5 levels is 10. For silver, the average # Orders in a group of 10-lot grouped resting non-iceberg orders in the top 5 levels is 8.
[4] Vorley Tag50s included in this analysis are the following: VORLJAM.
[5] Only limit orders placed for contracts expiring within 12 months are included in the analysis.
[6] For gold, there are 5,052 total non-limit orders. For silver, there are 974 total non-limit orders.
[7] When ARMADA data is unavailable (prior to March 23, 2009), order level is calculated as the number of ticks away from the best bid or ask price inferred from the RAPID data.
[8] Fill Ratio is the total number of lots filled divided by lots ordered.
[9] Only orders that overlap with opposite side icebergs orders in the top 5 levels are included.

**Appendix B**
**Vorley Order Size Analysis**
*April 2008 to August 19, 2009*

| Order Size | Resting Non-Iceberg Orders - Top 5 Levels # Orders | Resting Non-Iceberg Orders - Top 5 Levels Fill Ratio[9] | Resting Non-Iceberg Orders - Top 5 Levels Median Duration (Seconds) | Resting Iceberg Orders - Top 5 Levels # Orders | Resting Iceberg Orders - Top 5 Levels Fill Ratio[9] | Resting Iceberg Orders - Top 5 Levels Median Duration (Seconds) | Resting Orders - Top 5 Levels # Orders | Resting Orders - Beyond Level 5 # Orders | Resting Orders # Orders | Aggressive Orders[2] # Orders | All Orders # Orders |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *Panel A: Gold, April 2008 to August 19, 2009* | | | | | | | | | | | |
| 100 | 1,073 | 2.1% | 1.36 | 359 | 25.7% | 21.54 | 1,432 | 2,384 | 3,816 | 811 | 4,627 |
| *With Opposite Side Iceberg [10]* | *501* | *2.0%* | *1.33* | | | | | | | | |
| 10 Lots (Placed in Group)[3][7] | 0 | | | 0 | | | 0 | 0 | 0 | 0 | 0 |
| All Other Order Sizes | 597 | 14.6% | 6.14 | 4,023 | 17.7% | 12.99 | 4,620 | 2,842 | 7,462 | 7,496 | 14,958 |
| Total | 1,670 | | | 4,382 | | | 6,052 | 5,226 | 11,278 | 8,307 | 19,585 |
| *Panel B: Silver, April 2008 to August 19, 2009* | | | | | | | | | | | |
| 50 | 264 | 1.0% | 1.54 | 91 | 30.2% | 27.86 | 355 | 130 | 485 | 126 | 611 |
| *With Opposite Side Iceberg [10]* | *116* | *1.1%* | *1.58* | | | | | | | | |
| 10 Lots (Placed in Group)[3][7] | 0 | | | 0 | | | 0 | 0 | 0 | 0 | 0 |
| All Other Order Sizes | 128 | 19.4% | 7.96 | 866 | 21.9% | 20.67 | 994 | 664 | 1,658 | 1,219 | 2,877 |
| Total | 392 | | | 957 | | | 1,349 | 794 | 2,143 | 1,345 | 3,488 |

Notes and Sources:

[1] Based on CME RAPID and ARMADA from April 1, 2008 to July 31, 2013.
[2] "Aggressive Orders" are marketable orders that receive a fill by aggressivley crossing the bid-ask spread. Orders that are not aggressive are referred to as "Resting Orders."
[3] "Placed in Group" refers to orders that are identical in quantity, side, and order type that are placed consecutively within 1 second of each other. The median duration is calculated across orders.
[4] Vorley Tag50s included in this analysis are the following: VORLJAM.
[5] Only limit orders placed for contracts expiring within 12 months are included in the analysis.
[6] For gold, there are 824 total non-limit orders. For silver, there are 85 total non-limit orders.
[7] Order Size "10 Lots (Placed in Group)" is included for completeness.
[8] When ARMADA data is unavailable (prior to March 23, 2009), order level is calculated as the number of ticks away from the best bid or ask price inferred from the RAPID data.
[9] Fill Ratio is the total number of lots filled divided by lots ordered.
[10] Only orders that overlap with opposite side icebergs orders in the top 5 levels are included.

**Appendix B**
**Vorley Order Size Analysis**
*August 20, 2009 to July 2013*

| Order Size | Resting Non-Iceberg Orders - Top 5 Levels | | | Resting Iceberg Orders - Top 5 Levels | | | Resting Orders - Top 5 Levels | Resting Orders - Beyond Level 5 | Resting Orders | Aggressive Orders[2] | All Orders |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | # Orders | Fill Ratio[7] | Median Duration (Seconds) | # Orders | Fill Ratio[7] | Median Duration (Seconds) | # Orders | # Orders | # Orders | # Orders | # Orders |
| *Panel A: Gold, August 20, 2009 to July 2013* | | | | | | | | | | | |
| 10 Lots (Placed in Group)[3] | 45,310 | 1.7% | 1.56 | 2 | 50.0% | 6.69 | 45,312 | 1,017 | 46,329 | 493 | 46,822 |
| *With Opposite Side Iceberg[8]* | *11,045* | *1.9%* | *1.32* | | | | | | | | |
| All Other Order Sizes | 2,692 | 22.5% | 5.92 | 10,545 | 12.6% | 9.23 | 13,237 | 16,501 | 29,738 | 26,353 | 56,091 |
| Total | 48,002 | | | 10,547 | | | 58,549 | 17,518 | 76,067 | 26,846 | 102,913 |
| *Panel B: Silver, August 20, 2009 to July 2013* | | | | | | | | | | | |
| 10 Lots (Placed in Group)[3] | 8,374 | 1.3% | 1.36 | 4 | 45.0% | 33.11 | 8,378 | 103 | 8,481 | 64 | 8,545 |
| *With Opposite Side Iceberg[8]* | *3,058* | *1.4%* | *1.18* | | | | | | | | |
| All Other Order Sizes | 643 | 17.6% | 3.79 | 3,045 | 15.0% | 11.10 | 3,688 | 6,800 | 10,488 | 7,200 | 17,688 |
| Total | 9,017 | | | 3,049 | | | 12,066 | 6,903 | 18,969 | 7,264 | 26,233 |

**Notes and Sources**:
[1] Based on CME RAPID and ARMADA from April 1, 2008 to July 31, 2013.
[2] "Aggressive Orders" are marketable orders that receive a fill by aggressivley crossing the bid-ask spread. Orders that are not aggressive are referred to as "Resting Orders."
[3] "Placed in Group" refers to orders that are identical in quantity, side, and order type that are placed consecutively within 1 second of each other. The median duration is calculated across orders. For gold, the average # Orders in a group of 10-lot grouped resting non-iceberg orders in the top 5 levels is 10. For silver, the average # Orders in a group of 10-lot grouped resting non-iceberg orders in the top 5 levels is 8.
[4] Vorley Tag50s included in this analysis are the following: VORLJAM.
[5] Only limit orders placed for contracts expiring within 12 months are included in the analysis.
[6] For gold, there are 4,228 total non-limit orders. For silver, there are 889 total non-limit orders.
[7] Fill Ratio is the total number of lots filled divided by lots ordered.
[8] Only orders that overlap with opposite side icebergs orders in the top 5 levels are included.

**Appendix B**
**Chanu Order Size Analysis**
*September 2008 to July 2013*

| | Resting Non-Iceberg Orders - Top 5 Levels | | | Resting Iceberg Orders - Top 5 Levels | | | Resting Orders - Top 5 Levels | Resting Orders - Beyond Level 5 | Resting Orders | Aggressive Orders[2] | All Orders |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Order Size** | **# Orders** | **Fill Ratio[8]** | **Median Duration (Seconds)** | **# Orders** | **Fill Ratio[8]** | **Median Duration (Seconds)** | **# Orders** | **# Orders** | **# Orders** | **# Orders** | **# Orders** |
| *Panel A: Gold, September 2008 to July 2013* | | | | | | | | | | | |
| 10 Lots (Placed in Group)[3] | 29,747 | 0.5% | 2.86 | 0 | | | 29,747 | 9,506 | 39,253 | 36 | 39,289 |
| *With Opposite Side Iceberg[9]* | *14,570* | *0.4%* | *2.90* | | | | | | | | |
| All Other Order Sizes | 5,830 | 1.6% | 1.07 | 5,501 | 17.9% | 14.32 | 11,331 | 8,625 | 19,956 | 8,432 | 28,388 |
| Total | 35,577 | | | 5,501 | | | 41,078 | 18,131 | 59,209 | 8,468 | 67,677 |
| *Panel B: Silver, September 2008 to July 2013* | | | | | | | | | | | |
| 10 Lots (Placed in Group)[3] | 8,709 | 0.6% | 3.36 | 0 | | | 8,709 | 1,438 | 10,147 | 27 | 10,174 |
| *With Opposite Side Iceberg[9]* | *4,424* | *0.4%* | *3.40* | | | | | | | | |
| All Other Order Sizes | 965 | 0.6% | 1.83 | 1,451 | 16.8% | 15.34 | 2,416 | 2,253 | 4,669 | 1,981 | 6,650 |
| Total | 9,674 | | | 1,451 | | | 11,125 | 3,691 | 14,816 | 2,008 | 16,824 |

**Notes and Sources**:
[1] Based on CME RAPID and ARMADA from April 1, 2008 to July 31, 2013.
[2] "Aggressive Orders" are marketable orders that receive a fill by aggressivley crossing the bid-ask spread. Orders that are not aggressive are referred to as "Resting Orders."
[3] "Placed in Group" refers to orders that are identical in quantity, side, and order type that are placed consecutively within 1 second of each other. The median duration is calculated across orders. For gold, the average # Orders in a group of 10-lot grouped resting non-iceberg orders in the top 5 levels is 16. For silver, the average # Orders in a group of 10-lot grouped resting non-iceberg orders in the top 5 levels is 15.
[4] Chanu Tag50s included in this analysis are the following: CHANCED.
[5] Only limit orders placed for contracts expiring within 12 months are included in the analysis.
[6] For gold, there are 1,351 total non-limit orders. For silver, there are 316 total non-limit orders.
[7] When ARMADA data is unavailable (prior to March 23, 2009), order level is calculated as the number of ticks away from the best bid or ask price inferred from the RAPID data.
[8] Fill Ratio is the total number of lots filled divided by lots ordered.
[9] Only orders that overlap with opposite side icebergs orders in the top 5 levels are included.

**Appendix B**
**Chanu Order Size Analysis**
*September 2008 to December 5, 2009*

| | Resting Non-Iceberg Orders - Top 5 Levels | | | Resting Iceberg Orders - Top 5 Levels | | | Resting Orders - Top 5 Levels | Resting Orders - Beyond Level 5 | Resting Orders | Aggressive Orders[2] | All Orders |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Order Size** | **# Orders** | **Fill Ratio[9]** | **Median Duration (Seconds)** | **# Orders** | **Fill Ratio[9]** | **Median Duration (Seconds)** | **# Orders** | **# Orders** | **# Orders** | **# Orders** | **# Orders** |
| *Panel A: Gold, September 2008 to December 5, 2009* | | | | | | | | | | | |
| 100 | 917 | 0.8% | 0.81 | 147 | 18.5% | 12.55 | 1,064 | 282 | 1,346 | 213 | 1,559 |
| *With Opposite Side Iceberg [10]* | *500* | *0.6%* | *0.81* | | | | | | | | |
| 101 | 311 | 0.6% | 0.93 | 52 | 19.1% | 13.28 | 363 | 49 | 412 | 73 | 485 |
| *With Opposite Side Iceberg [10]* | *153* | *0.9%* | *1.07* | | | | | | | | |
| 10 Lots (Placed in Group)[3][7] | 0 | | | 0 | | | 0 | 0 | 0 | 0 | 0 |
| All Other Order Sizes | 210 | 4.1% | 1.56 | 1,588 | 23.8% | 13.12 | 1,798 | 575 | 2,373 | 1,820 | 4,193 |
| Total | 1,438 | | | 1,787 | | | 3,225 | 906 | 4,131 | 2,106 | 6,237 |
| *Panel B: Silver, September 2008 to December 5, 2009* | | | | | | | | | | | |
| 100 | 199 | 0.0% | 0.91 | 5 | 11.2% | 3.82 | 204 | 15 | 219 | 5 | 224 |
| *With Opposite Side Iceberg [10]* | *63* | *0.1%* | *0.87* | | | | | | | | |
| 10 Lots (Placed in Group)[3][7] | 6 | 0.0% | 0.68 | 0 | | | 6 | 2 | 8 | 0 | 8 |
| All Other Order Sizes | 34 | 1.0% | 1.15 | 215 | 21.5% | 14.89 | 249 | 68 | 317 | 207 | 524 |
| Total | 239 | | | 220 | | | 459 | 85 | 544 | 212 | 756 |

**Notes and Sources**:
[1] Based on CME RAPID and ARMADA from April 1, 2008 to July 31, 2013.
[2] "Aggressive Orders" are marketable orders that receive a fill by aggressivley crossing the bid-ask spread. Orders that are not aggressive are referred to as "Resting Orders."
[3] "Placed in Group" refers to orders that are identical in quantity, side, and order type that are placed consecutively within 1 second of each other. The median duration is calculated across orders. For early period silver, the average # Orders in a group of 10-lot grouped resting non-iceberg orders in the top 5 levels is 2.
[4] Chanu Tag50s included in this analysis are the following: CHANCED.
[5] Only limit orders placed for contracts expiring within 12 months are included in the analysis.
[6] For gold, there are 17 total non-limit orders. For silver, there are 2 total non-limit orders.
[7] Order Size "10 Lots (Placed in Group)" is included for completeness.
[8] When ARMADA data is unavailable (prior to March 23, 2009), order level is calculated as the number of ticks away from the best bid or ask price inferred from the RAPID data.
[9] Fill Ratio is the total number of lots filled divided by lots ordered.
[10] Only orders that overlap with opposite side icebergs orders in the top 5 levels are included.

**Appendix B**
**Chanu Order Size Analysis**
*December 6, 2009 to July 2013*

| | Resting Non-Iceberg Orders - Top 5 Levels | | | Resting Iceberg Orders - Top 5 Levels | | | Resting Orders - Top 5 Levels | Resting Orders - Beyond Level 5 | Resting Orders | Aggressive Orders[2] | All Orders |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Order Size** | **# Orders** | **Fill Ratio[7]** | **Median Duration (Seconds)** | **# Orders** | **Fill Ratio[7]** | **Median Duration (Seconds)** | **# Orders** | **# Orders** | **# Orders** | **# Orders** | **# Orders** |
| *Panel A: Gold, December 6, 2009 to July 2013* | | | | | | | | | | | |
| 10 Lots (Placed in Group)[3] | 29,747 | 0.5% | 2.86 | 0 | | | 29,747 | 9,506 | 39,253 | 36 | 39,289 |
| *With Opposite Side Iceberg[8]* | *14,570* | *0.4%* | *2.90* | | | | | | | | |
| All Other Order Sizes | 4,392 | 2.2% | 1.42 | 3,714 | 15.7% | 15.34 | 8,106 | 7,719 | 15,825 | 6,326 | 22,151 |
| Total | 34,139 | | | 3,714 | | | 37,853 | 17,225 | 55,078 | 6,362 | 61,440 |
| | | | | | | | | | | | |
| *Panel B: Silver, December 6, 2009 to July 2013* | | | | | | | | | | | |
| 10 Lots (Placed in Group)[3] | 8,703 | 0.6% | 3.37 | 0 | | | 8,703 | 1,436 | 10,139 | 27 | 10,166 |
| *With Opposite Side Iceberg[8]* | *4,424* | *0.4%* | *3.40* | | | | | | | | |
| All Other Order Sizes | 732 | 1.0% | 2.85 | 1,231 | 16.0% | 15.53 | 1,963 | 2,170 | 4,133 | 1,769 | 5,902 |
| Total | 9,435 | | | 1,231 | | | 10,666 | 3,606 | 14,272 | 1,796 | 16,068 |

**Notes and Sources**:

[1] Based on CME RAPID and ARMADA from April 1, 2008 to July 31, 2013.

[2] "Aggressive Orders" are marketable orders that receive a fill by aggressivley crossing the bid-ask spread. Orders that are not aggressive are referred to as "Resting Orders."

[3] "Placed in Group" refers to orders that are identical in quantity, side, and order type that are placed consecutively within 1 second of each other. The median duration is calculated across orders. For gold, the average # Orders in a group of 10-lot grouped resting non-iceberg orders in the top 5 levels is 16. For silver, the average # Orders in a group of 10-lot grouped resting non-iceberg orders in the top 5 levels is 15.

[4] Chanu Tag50s included in this analysis are the following: CHANCED.

[5] Only limit orders placed for contracts expiring within 12 months are included in the analysis.

[6] For gold, there are 1,334 total non-limit orders. For silver, there are 314 total non-limit orders.

[7] Fill Ratio is the total number of lots filled divided by lots ordered.

[8] Only orders that overlap with opposite side icebergs orders in the top 5 levels are included.

**Appendix B**
**Liew Order Size Analysis**
*January 2010 to February 2012*

| | Resting Non-Iceberg Orders - Top 5 Levels | | | Resting Iceberg Orders - Top 5 Levels | | | Resting Orders - Top 5 Levels | Resting Orders - Beyond Level 5 | Resting Orders | Aggressive Orders[2] | All Orders |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Order Size** | **# Orders** | **Fill Ratio[7]** | **Median Duration (Seconds)** | **# Orders** | **Fill Ratio[7]** | **Median Duration (Seconds)** | **# Orders** | **# Orders** | **# Orders** | **# Orders** | **# Orders** |
| *Panel A: Gold, January 2010 to February 2012* | | | | | | | | | | | |
| 10 Lots (Placed in Group)[3] | 743 | 0.7% | 1.43 | 2 | 0.0% | 17.05 | 745 | 79 | 824 | 2 | 826 |
| *With Opposite Side Iceberg [8]* | *202* | *0.3%* | *1.49* | | | | | | | | |
| 20 Lots (Placed in Group)[3] | 718 | 0.7% | 1.25 | 0 | | | 718 | 16 | 734 | 2 | 736 |
| *With Opposite Side Iceberg [8]* | *332* | *1.0%* | *0.94* | | | | | | | | |
| All Other Order Sizes | 1,823 | 9.2% | 3.76 | 6,746 | 12.1% | 16.43 | 8,569 | 5,601 | 14,170 | 5,477 | 19,647 |
| Total | 3,284 | | | 6,748 | | | 10,032 | 5,696 | 15,728 | 5,481 | 21,209 |
| *Panel B: Silver, January 2010 to February 2012* | | | | | | | | | | | |
| 10 Lots (Placed in Group)[3] | 880 | 0.3% | 1.33 | 4 | 10.0% | 336.89 | 884 | 99 | 983 | 3 | 986 |
| *With Opposite Side Iceberg [8]* | *188* | *0.2%* | *1.36* | | | | | | | | |
| All Other Order Sizes | 1,501 | 7.6% | 2.31 | 3,637 | 14.3% | 20.61 | 5,138 | 3,458 | 8,596 | 2,634 | 11,230 |
| Total | 2,381 | | | 3,641 | | | 6,022 | 3,557 | 9,579 | 2,637 | 12,216 |

**Notes and Sources**:

[1] Based on CME RAPID and ARMADA from April 1, 2008 to July 31, 2013.
[2] "Aggressive Orders" are marketable orders that receive a fill by aggressivley crossing the bid-ask spread. Orders that are not aggressive are referred to as "Resting Orders."
[3] "Placed in Group" refers to orders that are identical in quantity, side, and order type that are placed consecutively within 1 second of each other. The median duration is calculated across orders. For gold, the average # Orders in a group of 10-lot grouped resting non-iceberg orders in the top 5 levels is 10. For silver, the average # Orders in a group of 10-lot grouped resting non-iceberg orders in the top 5 levels is 6.
[4] Liew Tag50s included in this analysis are the following: LIEWDAV, 5981.
[5] Only limit orders placed for contracts expiring within 12 months are included in the analysis.
[6] For gold, there are 1,858 total non-limit orders. For silver, there are 960 total non-limit orders.
[7] Fill Ratio is the total number of lots filled divided by lots ordered.
[8] Only orders that overlap with opposite side icebergs orders in the top 5 levels are included.

**Appendix C**
**Vorley Iceberg Cancel-Replace Analysis**
*April 2008 to July 2013*

| Iceberg Families | Number of Families | Number of Resting Iceberg Orders | Original Fill Ratio | Modified Fill Ratio | Median Duration (Seconds) |
|---|---|---|---|---|---|
| *Panel A: Gold, April 2008 to July 2013* | | | | | |
| No | 2,867 | 2,867 | 37.4% | 37.4% | 33.7 |
| Yes | 4,772 | 12,062 | 9.4% | 70.1% | 55.2 |
| Total | 7,639 | 14,929 | 14.2% | 59.7% | 48.2 |
| *Panel B: Silver, April 2008 to July 2013* | | | | | |
| No | 753 | 753 | 47.0% | 47.0% | 34.5 |
| Yes | 1,256 | 3,253 | 11.1% | 79.3% | 70.2 |
| Total | 2,009 | 4,006 | 16.7% | 68.5% | 57.5 |
| *Panel C: All, April 2008 to July 2013* | | | | | |
| No | 3,620 | 3,620 | 38.4% | 38.4% | 33.8 |
| Yes | 6,028 | 15,315 | 9.6% | 71.0% | 58.6 |
| Total | 9,648 | 18,935 | 14.5% | 60.6% | 49.9 |

**Notes & Sources:**

[1] Based on CME RAPID and ARMADA from April 1, 2008 to July 31, 2013. Tag 50 "100" is not included in this analysis.

[2] An iceberg order is considered replaced when there is another iceberg order that is: 1) placed on the same side; 2) placed within 1 second of the previous iceberg order end time; 3) placed with a quantity that matches the unfilled portion of the previous iceberg order. Such iceberg orders can be linked together into families. For example, three iceberg orders of the following placement/filled quantity can be linked into the same family: 100/0, 100/22, 78/70.

[3] Iceberg families may include aggressive iceberg orders, but must have at least one resting iceberg order.

[4] Original fill ratio for a family of orders is calculated as the total lots executed over the total order size. For instance, in the above example, the original fill ratio can be calculated as (0+22+70)/(100+100+78)=33%. Aggressive orders are excluded from this calculation.

[5] Modified fill ratio for a family of orders is calculated as the total lots executed over the family order size. For instance, in the above example, the modified fill ratio can be calculated as (0+22+70)/100=92%. Aggressive fills are excluded from both the numerator and denominator of this calculation. For example, if the 22 lots are aggressive fills, the modified fill ratio will be 70/(100-22)=89.8%.

**Appendix C**
**Vorley Iceberg Cancel-Replace Analysis**
*April 2008 to August 19, 2009*

| Iceberg Families | Number of Families | Number of Resting Iceberg Orders | Original Fill Ratio | Modified Fill Ratio | Median Duration (Seconds) |
|---|---|---|---|---|---|
| *Panel A: Gold, April 2008 to August 19, 2009* | | | | | |
| No | 1,157 | 1,157 | 42.1% | 42.1% | 30.6 |
| Yes | 1,499 | 3,225 | 12.0% | 71.8% | 50.4 |
| Total | 2,656 | 4,382 | 18.5% | 61.3% | 42.3 |
| *Panel B: Silver, April 2008 to August 19, 2009* | | | | | |
| No | 236 | 236 | 55.1% | 55.1% | 43.2 |
| Yes | 295 | 721 | 13.5% | 80.6% | 105.5 |
| Total | 531 | 957 | 23.0% | 69.5% | 70.1 |
| *Panel C: All, April 2008 to August 19, 2009* | | | | | |
| No | 1,393 | 1,393 | 43.4% | 43.4% | 33.0 |
| Yes | 1,794 | 3,946 | 12.1% | 72.4% | 55.5 |
| Total | 3,187 | 5,339 | 19.0% | 62.0% | 45.8 |

**Notes & Sources:**

[1] Based on CME RAPID and ARMADA from April 1, 2008 to August 19, 2009. Tag 50 "100" is not included in this analysis.

[2] An iceberg order is considered replaced when there is another iceberg order that is: 1) placed on the same side; 2) placed within 1 second of the previous iceberg order end time; 3) placed with a quantity that matches the unfilled portion of the previous iceberg order. Such iceberg orders can be linked together into families. For example, three iceberg orders of the following placement/filled quantity can be linked into the same family: 100/0, 100/22, 78/70.

[3] Iceberg families may include aggressive iceberg orders, but must have at least one resting iceberg order.

[4] Original fill ratio for a family of orders is calculated as the total lots executed over the total order size. For instance, in the above example, the original fill ratio can be calculated as (0+22+70)/(100+100+78)=33%. Aggressive orders are excluded from this calculation.

[5] Modified fill ratio for a family of orders is calculated as the total lots executed over the family order size. For instance, in the above example, the modified fill ratio can be calculated as (0+22+70)/100=92%. Aggressive fills are excluded from both the numerator and denominator of this calculation. For example, if the 22 lots are aggressive fills, the modified fill ratio will be 70/(100-22)=89.8%.

**Appendix C**
**Vorley Iceberg Cancel-Replace Analysis**
*August 20, 2009 to July 2013*

| Iceberg Families | Number of Families | Number of Resting Iceberg Orders | Original Fill Ratio | Modified Fill Ratio | Median Duration (Seconds) |
|---|---|---|---|---|---|
| *Panel A: Gold, August 20, 2009 to July 2013* | | | | | |
| No | 1,710 | 1,710 | 35.1% | 35.1% | 36.1 |
| Yes | 3,273 | 8,837 | 8.6% | 69.4% | 58.0 |
| Total | 4,983 | 10,547 | 12.6% | 59.0% | 51.7 |
| *Panel B: Silver, August 20, 2009 to July 2013* | | | | | |
| No | 517 | 517 | 43.4% | 43.4% | 26.7 |
| Yes | 961 | 2,532 | 10.5% | 78.9% | 64.7 |
| Total | 1,478 | 3,049 | 15.0% | 68.2% | 52.0 |
| *Panel C: All, August 20, 2009 to July 2013* | | | | | |
| No | 2,227 | 2,227 | 36.0% | 36.0% | 33.9 |
| Yes | 4,234 | 11,369 | 8.8% | 70.4% | 59.6 |
| Total | 6,461 | 13,596 | 12.9% | 60.0% | 51.8 |

**Notes & Sources:**

[1] Based on CME RAPID and ARMADA from August 20, 2009 to July 31, 2013. Tag 50 "100" is not included in this analysis.

[2] An iceberg order is considered replaced when there is another iceberg order that is: 1) placed on the same side; 2) placed within 1 second of the previous iceberg order end time; 3) placed with a quantity that matches the unfilled portion of the previous iceberg order. Such iceberg orders can be linked together into families. For example, three iceberg orders of the following placement/filled quantity can be linked into the same family: 100/0, 100/22, 78/70.

[3] Iceberg families may include aggressive iceberg orders, but must have at least one resting iceberg order.

[4] Original fill ratio for a family of orders is calculated as the total lots executed over the total order size. For instance, in the above example, the original fill ratio can be calculated as (0+22+70)/(100+100+78)=33%. Aggressive orders are excluded from this calculation.

[5] Modified fill ratio for a family of orders is calculated as the total lots executed over the family order size. For instance, in the above example, the modified fill ratio can be calculated as (0+22+70)/100=92%. Aggressive fills are excluded from both the numerator and denominator of this calculation. For example, if the 22 lots are aggressive fills, the modified fill ratio will be 70/(100-22)=89.8%.

**Appendix C**
**Chanu Iceberg Cancel-Replace Analysis**
*September 2008 to July 2013*

| Iceberg Families | Number of Families | Number of Resting Iceberg Orders | Original Fill Ratio | Modified Fill Ratio | Median Duration (Seconds) |
|---|---|---|---|---|---|
| *Panel A: Gold, September 2008 to July 2013* | | | | | |
| No | 1,319 | 1,319 | 36.1% | 36.1% | 33.2 |
| Yes | 1,680 | 4,182 | 13.2% | 73.2% | 77.7 |
| Total | 2,999 | 5,501 | 17.9% | 58.6% | 56.7 |
| *Panel B: Silver, September 2008 to July 2013* | | | | | |
| No | 293 | 293 | 39.1% | 39.1% | 64.9 |
| Yes | 422 | 1,158 | 11.9% | 73.9% | 73.1 |
| Total | 715 | 1,451 | 16.8% | 60.2% | 70.2 |
| *Panel C: All, September 2008 to July 2013* | | | | | |
| No | 1,612 | 1,612 | 36.3% | 36.3% | 36.3 |
| Yes | 2,102 | 5,340 | 13.1% | 73.3% | 77.1 |
| Total | 3,714 | 6,952 | 17.8% | 58.7% | 59.4 |

**Notes & Sources:**

[1] Based on CME RAPID and ARMADA from April 1, 2008 to July 31, 2013.

[2] An iceberg order is considered replaced when there is another iceberg order that is: 1) placed on the same side; 2) placed within 1 second of the previous iceberg order end time; 3) placed with a quantity that matches the unfilled portion of the previous iceberg order. Such iceberg orders can be linked together into families. For example, three iceberg orders of the following placement/filled quantity can be linked into the same family: 100/0, 100/22, 78/70.

[3] Iceberg families may include aggressive iceberg orders, but must have at least one resting iceberg order.

[4] Original fill ratio for a family of orders is calculated as the total lots executed over the total order size. For instance, in the above example, the original fill ratio can be calculated as (0+22+70)/(100+100+78)=33%. Aggressive orders are excluded from this calculation.

[5] Modified fill ratio for a family of orders is calculated as the total lots executed over the family order size. For instance, in the above example, the modified fill ratio can be calculated as (0+22+70)/100=92%. Aggressive fills are excluded from both the numerator and denominator of this calculation. For example, if the 22 lots are aggressive fills, the modified fill ratio will be 70/(100-22)=89.8%.

**Appendix C**
**Chanu Iceberg Cancel-Replace Analysis**
*September 2008 to December 5, 2009*

| Iceberg Families | Number of Families | Number of Resting Iceberg Orders | Original Fill Ratio | Modified Fill Ratio | Median Duration (Seconds) |
|---|---|---|---|---|---|
| *Panel A: Gold, September 2008 to December 5, 2009* | | | | | |
| No | 563 | 563 | 46.9% | 46.9% | 21.8 |
| Yes | 522 | 1,224 | 14.3% | 73.5% | 56.3 |
| Total | 1,085 | 1,787 | 22.8% | 60.8% | 37.4 |
| *Panel B: Silver, September 2008 to December 5, 2009* | | | | | |
| No | 79 | 79 | 42.1% | 42.1% | 25.6 |
| Yes | 49 | 141 | 11.8% | 76.1% | 50.4 |
| Total | 128 | 220 | 20.6% | 56.4% | 39.0 |
| *Panel C: All, September 2008 to December 5, 2009* | | | | | |
| No | 642 | 642 | 46.7% | 46.7% | 22.1 |
| Yes | 571 | 1,365 | 14.1% | 73.6% | 56.2 |
| Total | 1,213 | 2,007 | 22.7% | 60.6% | 37.4 |

**Notes & Sources:**
[1] Based on CME RAPID and ARMADA from April 1, 2008 to December 5, 2009.
[2] An iceberg order is considered replaced when there is another iceberg order that is: 1) placed on the same side; 2) placed within 1 second of the previous iceberg order end time; 3) placed with a quantity that matches the unfilled portion of the previous iceberg order. Such iceberg orders can be linked together into families. For example, three iceberg orders of the following placement/filled quantity can be linked into the same family: 100/0, 100/22, 78/70.

[3] Iceberg families may include aggressive iceberg orders, but must have at least one resting iceberg order.
[4] Original fill ratio for a family of orders is calculated as the total lots executed over the total order size. For instance, in the above example, the original fill ratio can be calculated as (0+22+70)/(100+100+78)=33%. Aggressive orders are excluded from this calculation.

[5] Modified fill ratio for a family of orders is calculated as the total lots executed over the family order size. For instance, in the above example, the modified fill ratio can be calculated as (0+22+70)/100=92%. Aggressive fills are excluded from both the numerator and denominator of this calculation. For example, if the 22 lots are aggressive fills, the modified fill ratio will be 70/(100-22)=89.8%.

**Appendix C**
**Chanu Iceberg Cancel-Replace Analysis**
*December 6, 2009 to July 2013*

| Iceberg Families | Number of Families | Number of Resting Iceberg Orders | Original Fill Ratio | Modified Fill Ratio | Median Duration (Seconds) |
|---|---|---|---|---|---|
| *Panel A: Gold, December 6, 2009 to July 2013* | | | | | |
| No | 756 | 756 | 29.2% | 29.2% | 47.1 |
| Yes | 1,158 | 2,958 | 12.8% | 73.2% | 96.4 |
| Total | 1,914 | 3,714 | 15.7% | 57.6% | 73.7 |
| *Panel B: Silver, December 6, 2009 to July 2013* | | | | | |
| No | 214 | 214 | 38.0% | 38.0% | 74.5 |
| Yes | 373 | 1,017 | 11.9% | 73.6% | 81.5 |
| Total | 587 | 1,231 | 16.0% | 61.1% | 77.4 |
| *Panel C: All, December 6, 2009 to July 2013* | | | | | |
| No | 970 | 970 | 30.0% | 30.0% | 53.7 |
| Yes | 1,531 | 3,975 | 12.7% | 73.2% | 92.3 |
| Total | 2,501 | 4,945 | 15.8% | 57.9% | 74.7 |

**Notes & Sources:**

[1] Based on CME RAPID and ARMADA from December 6, 2009 to July 31, 2013.

[2] An iceberg order is considered replaced when there is another iceberg order that is: 1) placed on the same side; 2) placed within 1 second of the previous iceberg order end time; 3) placed with a quantity that matches the unfilled portion of the previous iceberg order. Such iceberg orders can be linked together into families. For example, three iceberg orders of the following placement/filled quantity can be linked into the same family: 100/0, 100/22, 78/70.

[3] Iceberg families may include aggressive iceberg orders, but must have at least one resting iceberg order.

[4] Original fill ratio for a family of orders is calculated as the total lots executed over the total order size. For instance, in the above example, the original fill ratio can be calculated as (0+22+70)/(100+100+78)=33%. Aggressive orders are excluded from this calculation.

[5] Modified fill ratio for a family of orders is calculated as the total lots executed over the family order size. For instance, in the above example, the modified fill ratio can be calculated as (0+22+70)/100=92%. Aggressive fills are excluded from both the numerator and denominator of this calculation. For example, if the 22 lots are aggressive fills, the modified fill ratio will be 70/(100-22)=89.8%.

**Appendix C**
**Liew Iceberg Cancel-Replace Analysis**
*January 2010 to February 2012*

| Iceberg Families | Number of Families | Number of Resting Iceberg Orders | Original Fill Ratio | Modified Fill Ratio | Median Duration (Seconds) |
|---|---|---|---|---|---|
| *Panel A: Gold, January 2010 to February 2012* | | | | | |
| No | 1,795 | 1,795 | 22.3% | 22.3% | 44.7 |
| Yes | 1,583 | 4,953 | 8.7% | 59.7% | 116.7 |
| Total | 3,378 | 6,748 | 12.1% | 40.2% | 78.0 |
| *Panel B: Silver, January 2010 to February 2012* | | | | | |
| No | 826 | 826 | 29.0% | 29.0% | 68.0 |
| Yes | 911 | 2,815 | 10.4% | 65.1% | 135.9 |
| Total | 1,737 | 3,641 | 14.3% | 48.2% | 104.2 |
| *Panel C: All, January 2010 to February 2012* | | | | | |
| No | 2,621 | 2,621 | 23.1% | 23.1% | 51.9 |
| Yes | 2,494 | 7,768 | 9.0% | 60.5% | 124.5 |
| Total | 5,115 | 10,389 | 12.4% | 41.2% | 86.2 |

**Notes & Sources:**

[1] Based on CME RAPID and ARMADA from April 1, 2008 to July 31, 2013.

[2] An iceberg order is considered replaced when there is another iceberg order that is: 1) placed on the same side; 2) placed within 1 second of the previous iceberg order end time; 3) placed with a quantity that matches the unfilled portion of the previous iceberg order. Such iceberg orders can be linked together into families. For example, three iceberg orders of the following placement/filled quantity can be linked into the same family: 100/0, 100/22, 78/70.

[3] Iceberg families may include aggressive iceberg orders, but must have at least one resting iceberg order.

[4] Original fill ratio for a family of orders is calculated as the total lots executed over the total order size. For instance, in the above example, the original fill ratio can be calculated as (0+22+70)/(100+100+78)=33%. Aggressive orders are excluded from this calculation.

[5] Modified fill ratio for a family of orders is calculated as the total lots executed over the family order size. For instance, in the above example, the modified fill ratio can be calculated as (0+22+70)/100=92%. Aggressive fills are excluded from both the numerator and denominator of this calculation. For example, if the 22 lots are aggressive fills, the modified fill ratio will be 70/(100-22)=89.8%.