**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> ) <br> v. ) <br> ) <br> JAMES VORLEY and CEDRIC CHANU, ) <br> ) <br> Defendants. ) | No. 18 Cr. 35 (Tharp, J.) |

**DEFENDANT JAMES VORLEY'S UNOPPOSED MOTION
TO MODIFY BAIL CONDITIONS AND FOR LEAVE TO TRAVEL**

Defendant James Vorley, through his undersigned counsel, respectfully moves this Court for entry of an Order modifying his bail conditions and permitting him to travel from the United Kingdom to the Republic of Ireland between May 28, 2022, and June 5, 2022, so that he may attend a family reunion with his common law wife and their two children. In support of this Motion, counsel states as follows:

1.  On August 14, 2018, after Mr. Vorley had appeared voluntarily in the United States to be arraigned on the indictment, Magistrate Judge Finnegan ordered Mr. Vorley released on bail to his home in the United Kingdom. Among other conditions, the court ordered Mr. Vorley to "maintain current residence and travel only on direct routes, without stop or layover in any other location, between the UK + NDIL."

2.  On July 31, 2019, this Court granted Mr. Vorley's request to modify his bail conditions to allow him to travel to Ireland with his common law wife and children on or about August 15-19, 2019, to attend a memorial service for his wife's uncle. (Dkt. 115) Following a

1

change in schedule, this Court later granted Mr. Vorley's request to travel to Ireland with his family for a period of up to five days. (Dkt. 116)

3. On September 29, 2020, following Mr. Vorley's conviction on certain counts of the First Superseding Indictment, this Court ordered that Mr. Vorley remain on bond pending sentencing, with permission to travel within the United Kingdom and to and from the Northern District of Illinois. (Dkt. 336)

4. On July 29, 2021, this Court granted Mr. Vorley's motion for release pending appeal pursuant to 18 U.S.C. § 3143(b) and ordered that "[a]ll of the defendants' current conditions of release will remain in place during the pendency of the defendants' appeal to the Seventh Circuit." (Dkts. 423, 424)

5. Mr. Vorley has reported regularly and satisfactorily to his Pretrial Services Officer.

6. In this Motion, Mr. Vorley requests permission to travel with his family from the United Kingdom to the Republic of Ireland during the upcoming UK school half-term holiday week to attend his common law wife's family reunion commemorating her late grandmother's 100th birthday, after which he will return home to the United Kingdom. (Undersigned counsel, who has possession of Mr. Vorley's passport, would provide it to Mr. Vorley for purposes of this trip and collect it again following the trip.)

7. Counsel for Mr. Vorley conferred with Mr. Vorley's Pretrial Services Officer, who advised that she has no objection to Mr. Vorley's proposed travel plans provided that he complies with condition that he travels on a direct route, with no stop or layover in any other location, and provides a copy of his travel itinerary in advance of the trip.

8. Counsel for Mr. Vorley also conferred with counsel for the government, who advised that the government has no objection to this Motion provided that Mr. Vorley complies with the conditions requested by his Pretrial Services Officer.

WHEREFORE, Mr. Vorley respectfully requests that he be permitted to travel from the United Kingdom to the Republic of Ireland between May 28, 2022 and June 5, 2022.

Dated: May 16, 2022 /s/ Matthew L. Mazur
Matthew L. Mazur
Roger A. Burlingame
Dechert LLP
160 Queen Victoria Street
London EC4V 4QQ
United Kingdom
Phone: +44 20 7184 7333
Roger.Burlingame@dechert.com
Matthew.Mazur@dechert.com

Christopher S. Burrichter
Dechert LLP
35 W. Wacker Drive
Suite 3400
Chicago, IL 60601
Phone: (312) 646-5800
Christopher.Burrichter@dechert.com

*Attorneys for Defendant James Vorley*

## **CERTIFICATE OF SERVICE**

I, Matthew L. Mazur, hereby certify that on May 16, 2022, the foregoing was filed via the Court's CM/ECF system, which will automatically serve and send notification of such filing to all registered attorneys of record.

*/s/ Matthew L. Mazur*
Matthew L. Mazur
